## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| POLO BUILDERS, INC., | ) |
| TAX ID NO. 36-3773992, | )    Case No. 04-23758 |
| | ) |
| Debtor, | ) |

### NOTICE OF MOTION

To:    All Attorneys and Creditors of Record (See Attached Service List)

On **September 29, 2004 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 613, United States Bankruptcy Court, Northern District of Chicago, Illinois, and then and there present Plaintiff's Motion, a copy of which is attached hereto.

Attorney for Plaintiff
LEVIN, RIBACK LAW GROUP, P.C.
200 North LaSalle Street
Chicago, Illinois 60601
(312) 782-6717
Attorney No.: 40280

### CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states under oath that he caused a copy of the foregoing Plaintiff's Notice of Motion and Motion to be mailed to all counsel and all creditors on or before 5:00 p.m. of this _____ day of September, 2004.

**04-23758** Polo Builders
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** A Benjamin Goldgar
**Date filed:** 06/23/2004 **Date of last filing:** 09/16/2004

# Attorneys

| | | |
|---|---|---|
| **Yasir S Aleemuddin**<br>Bryce Downey LLC<br>200 N LaSalle St Ste 2700<br>Chicago, IL 60601<br>  *Assigned: 08/03/2004*<br>  *LEAD ATTORNEY* | representing | **Structure Evaluation Engineers Inc**<br>*(Creditor)* |
| **Geoffrey A Bryce**<br>Bryce Downey LLC<br>200 N LaSalle St Ste 2700<br>Chicago, IL 60601<br>  *Assigned: 08/03/2004*<br>  *LEAD ATTORNEY* | representing | **Structure Evaluation Engineers Inc**<br>*(Creditor)* |
| **Marc J Chalfen**<br>Kelly Olson Michod et al<br>30 S Wacker Dr<br>Suite 2300<br>Chicago, IL 60606<br>312-236-6700<br>  *Assigned: 08/10/2004*<br>  *LEAD ATTORNEY* | representing | **First Midwest Bank**<br>*(Creditor)* |
| **Michael G Corina**<br>  *Assigned: 07/21/2004*<br>  *LEAD ATTORNEY* | representing | **Village of Lakewood**<br>*(Creditor)* |
| **Robert M Dreger**<br>Rm Dreger Pc<br>410 S Michigan Ave Ste 310<br>Chicago, IL 60605<br>312-322-0955<br>  *Assigned: 09/08/2004*<br>  *LEAD ATTORNEY* | representing | **Natural Floors Inc**<br>*(Creditor)* |
| **Michael L Flynn**<br>936 Maple Ave<br>Downers Grove, IL 60515<br>708-810-1492<br>  *Assigned: 07/20/2004*<br>  *LEAD ATTORNEY* | representing | **Polo Builders**<br>725 N Addison<br>Villa Park, Il 60181<br>*(Debtor)* |
| **Richard M Fogel**<br>Shaw Gussis Fishman Glantz Wolfson et al | representing | **Polo Builders**<br>725 N Addison |

321 N Clark Street Suite 800
Chicago, IL 60610
312-276-1334
rfogel@shawgussis.com
  *Assigned: 07/20/2004*
  *LEAD ATTORNEY*

Villa Park, Il 60181
*(Debtor)*

**Richard C Friedman**
Office of the U.S. Trustee
227 W Monroe St
Suite 3350
Chicago, IL 60606
312-886-3320
USTPRegion11.es.ecf@usdoj.gov
  *Assigned: 07/13/2004*
  *LEAD ATTORNEY*

representing **Official Committee Of
Unsecured Creditors**
*(Creditor)*

**Brian T Garelli**
  *Assigned: 08/18/2004*

representing **Polo Builders**
725 N Addison
Villa Park, Il 60181
*(Debtor)*

  *Assigned: 08/18/2004*
  *LEAD ATTORNEY*

representing **Albrecht Enterprises Inc**
*(Creditor)*

**Michael Goode**
Michael Goode Attorney At Law
11 S Lasalle St
60603, IL 60603
312-541-1331
  *Assigned: 09/08/2004*
  *LEAD ATTORNEY*

representing **MG International LLc**
*(Creditor)*

**Geeta Gupta**
*(Interested Party)*

**Narendra Gupta**
*(Interested Party)*

**William S Hackney**
  *Assigned: 07/02/2004*
  *LEAD ATTORNEY*

representing **Planned Plumbing Inc**
*(Creditor)*

**Mark A Herrick**
  *Assigned: 08/18/2004*
  *LEAD ATTORNEY*

representing **Albrecht Enterprises Inc**
*(Creditor)*

**Mark F Kalina**
Guerard Kalina & Butkus
100 W Roosevelt Road
A-1
Wheaton, IL 60187
630-665-9033

representing **West Suburban Bank**
*(Creditor)*

*Assigned: 09/14/2004*
*LEAD ATTORNEY*

**David L Kane**      representing    **Official Committee Of**
Freeborn & Peters LLP                                   **Unsecured Creditors**
311 South Wacker Drive                               *(Creditor)*
Suite 3000
Chicago, IL 60661
*Assigned: 07/16/2004*
*LEAD ATTORNEY*

**David M Madden**      representing    **Official Committee Of**
Freeborn & Peters LLP                                   **Unsecured Creditors**
311 S Wacker Drive                                  *(Creditor)*
Suite 3000
Chicago, IL 60606
312-360-6535
*Assigned: 07/12/2004*
*LEAD ATTORNEY*

*Assigned: 08/24/2004*      representing    **David R Brown**
216 S Prospect St
Roselle, IL 60172
*(Trustee)*

*Assigned: 09/01/2004*      representing    **Polo Builders**
725 N Addison
Villa Park, Il 60181
*(Debtor)*

**Marc S Mayer**      representing    **Group Arcrco Inc**
Zaban Jacobs And Mayer                                 *(Creditor)*
33 N Lasalle St
Chicago, IL 60602
312-263-7377
*Assigned: 08/04/2004*
*LEAD ATTORNEY*

**James M McArdle**      representing    **Park way Bank and Trust**
Scott & Kraus LLC                                  *(Creditor)*
150 S Wacker Dr
Chicago, IL 60610
*Assigned: 07/22/2004*
*LEAD ATTORNEY*

*Assigned: 08/11/2004*      representing    **4180 North Marine Drive LLC**
*(Creditor)*

**Joseph H McMahon**      representing    **Kevin Johnston**
*Assigned: 07/23/2004*                                 *(Other Prof.)*
*LEAD ATTORNEY*

**Susanne Johnston**

*(Other Prof.)*

**Timothy H Okal**
*Assigned: 08/12/2004*
*LEAD ATTORNEY*

representing    **Liberty Development Co Inc**
*(Creditor)*

**James M Philbrick**
*Assigned: 08/03/2004*
*LEAD ATTORNEY*

representing    **General Motors Acceptance Corp**
*(Creditor)*

**Edward C Richard**
Chuhak & Tecson PC
30 S Wacker Drive
Suite 2600
Chicago, IL 60606
3124449300
*Assigned: 09/02/2004*
*LEAD ATTORNEY*

representing    **Poli Contracting Inc**
*(Creditor)*

**Brian J Russell**
*Assigned: 08/18/2004*
*LEAD ATTORNEY*

representing    **Albrecht Enterprises Inc**
*(Creditor)*

**Scott N Schreiber**
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60606
312-521-2000
*Assigned: 07/02/2004*
*LEAD ATTORNEY*

representing    **Planned Plumbing Inc**
*(Creditor)*

**Steven B Towbin**
ShawGussisFishmanGlantzWolfson&TowbinLLC
321 N Clark St
Suite 800
Chicago, IL 60610
312-276-1328
312-275-0569 (fax)
stowbin@shawgussis.com
*Assigned: 06/23/2004*
*LEAD ATTORNEY*

representing    **Polo Builders**
725 N Addison
Villa Park, Il 60181
*(Debtor)*

*Assigned: 06/25/2004*

representing    **Hasan Merchant**
*(Creditor)*

*Assigned: 07/02/2004*

representing    **MG International LLc**
*(Creditor)*

**John Zelenka**
*Assigned: 08/09/2004*
*LEAD ATTORNEY*

representing    **Weather All Exteriors Inc**
*(Creditor)*

**04-23758** Polo Builders

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** A Benjamin Goldgar
**Date filed:** 06/23/2004 **Date of last filing:** 09/16/2004

# Creditors

**22nd Century Partners Ltd**
c/o Weissberg & Associates, Ltd.                    (cr)
401 S. LaSalle Street #403
Chicago, IL 60605

**A & Sons Concrete**
2849 North Ruby                                     (cr)
Franklin Park, IL 60131

**A and C Snelton**
5 Hillview Drive                                    (cr)
Barrington, IL 60010

**A&J Concrete**
119 Turner Ct.                                      (cr)
West Chicago, IL 60185

**Abbott Tree Care**
841 Bloomingdale Road                               (cr)
Glen Ellyn, IL 60137

**Acres Group**
PO Box 448                                          (cr)
610 W. Liberty Street
Wauconda, IL 60084

**Action Caulking & Sealant**
138 W. Lake Street                                  (cr)
Melrose Park, IL 60164

**ADT Security**
111 Windsor Dr.                                     (cr)
Oak Brook, IL 60523

**Advanced Fire & Security Systems**
12540 Holiday Dr., Suite C                          (cr)
Alsip, IL 60803

**Agrani Inc (Jignesh Patel)**
16 W. 621 S. Frontage Road                          (cr)
Willowbrook, IL 60527

**AIPEA**                                           (cr)

**Air Tours**
2609 W. Devon Ave.                                  (cr)

Chicago, IL 60659

**Airbourne Express**
PO Box 91001                                    (cr)
Seattle, WA 98111

**Ajax Waste Services**
PO Box 2102                                     (cr)
Joliet, IL 60434-2102

**Ajay Zaveri**
2442 S. Brunswick Cr.                           (cr)
Woodridge, IL 60517

**Alan Horticultural**
1409 Joliet Road                                (cr)
Lemont, IL 60439

**Alarm Monitor Inc.**
2859 Central #138                               (cr)
Evanston, IL 60201

**Albrecht Enterprises Inc.**
c/o Brian T. Garelli & Associates
340 W. Butterfield 2A                           (cr)
Elmhurst, IL 60126

**Alexander Lumber Co.**
100 Barney Dr.                                  (cr)
Joliet, IL 60435

**Alexander Lumber Co.**
Jack D Franks, Franks, Gerkin & McKenna.
19333 E Grant PO Box 5                          (cr)
Marengo, IL 60152-0005

**Alise Napiorski**
950 S. Wisconsin St.                            (cr)
Addison, IL 60101

**All Brite Cleaning**
5410 Sullivan Pass                              (cr)
Algonquin, IL 60102

**All Line Electric Co.**
520 Quail Hollow, Suite 100                     (cr)
Wheeling, IL 60090

**All Seasons Pavers & Plants**
PO Box 562                                      (cr)
Worth, IL 60482

**Alpana Mukhopadhyay Trust**
933 Clinton Place                               (cr)

River Forest, IL 60305

**Alpha Printing**
66 W. 63rd St.                                    (cr)
Willowbrook, IL 60527

**Alright Concrete**
1500 Ramblewood Drive                            (cr)
Streamwood, IL 60107

**Amarit and Kulwinder Sandhu**
2010 Arbor Vitae Dr.                             (cr)
Hanover Park, IL 60133

**Ameri Temp Limited**
3 W. College Drive                               (cr)
Arlington Heights, IL 60004

**American Chartered Bank**
c/o Caren A Lederer Levenfeld Pearlstein
2 N LaSalle St 13th Fl                           (cr)
Chicago, IL 60602

**Amerigas**
522 S. Vermont St.                               (cr)
Palatine, IL 60067

**Ameriglass & Mirror**
2300 S. Eastwood Dr.                             (cr)
Woodstock, IL 60098

**Amerisource Publications**
PO Box 2661                                      (cr)
Champlain, NY 12919

**Ameritech**
Bill Payment Center                              (cr)
Saginaw, MI 48663-0003

**Amex Tax Svc**
One South Wacker Dr., Suite 800                  (cr)
Chicago, IL 60606-7494

**Amrit Patel**
6916 N. Chicora Ave                              (cr)
Chicago, IL 60646

**Amron Stair Works**
152 Industrial Dr.                               (cr)
Gilberts, IL 60136

**Anand Dhanda**
8218 Daniels Purchase Way                        (cr)
Millersville, MD 21108

**Anchor Plumbing**
13N227 Coombs Road                    (cr)
Elgin, IL 60123

**Anehi Rivera**
452 Englewood                         (cr)
Hillside, IL 60162

**Anicia Villa Fria & Ross del Fierro**
802 S. 3rd. St.                       (cr)
Watscka, IL 60970

**Anita Chugh**
3773 W. Devon Ave.                    (cr)
Lincolnwood, IL 60712

**Anrub, One**
c/o Aronberg Goldgehn Davis
One IBM Plaza #3000                   (cr)
Chicago, IL 60611

**Ansub (Subash Aggarwal)**
3773 W. Devon Ave.                    (cr)
Lincolnwood, IL 60712

**Anthony Maucieri**
310 Duane Street, Unit 3              (cr)
Glen Ellyn, IL 60137

**Antonio Fontel**
c/o Michael Boltz
201 N. Church                         (cr)
Bensenville, IL 60106

**Anytime Heating**
10S 264 Schoger Road                  (cr)
Naperville, IL 60564

**Apartment People**
c/o Neal Murdock & Leroy LLC
203 N. LaSalle #2300                  (cr)
Chicago, IL 60601

**Apollo Protable Toilets**
PO Box 497                            (cr)
Lincolnshire, IL 60069

**ARC**
1234 S. Michigan Ave.                 (cr)
Chicago, IL 60605

**Arthur Weiler Inc.**
12247 West Russell Road               (cr)

Zion, IL 60099

**Aruna/ Suresh Vade (22 Century LLC)**
3773 W. Devon Ave                              (cr)
Lincolnwood, IL 60712

**Arusha & Danial M. Noorani**
221 W. Schreiber Ave.                          (cr)
Roselle, IL 60172

**Asbach Vanslow, Inc.**
1000 Brown Street, Suite 31                    (cr)
Wauconda, IL 60084

**Ashok Gupta (ASG)(22 CenturyLLC)**
3773 W. Devon Ave.                             (cr)
Lincolnwood, IL 60712

**Aspen Publishers**
Aspen Law & Business
PO Box 64829                                   (cr)
Baltimore, MD 21264-4829

**Astro Industries**
6115 Rt. 31                                    (cr)
Ringwood, IL 60072

**AT&T**
One Main Street
PO Box 277019                                  (cr)
Atlanta, GA 30384-7019

**AT&T Corp**
55 Corporate Drive                             (cr)
Bridgewater, NJ 8807-1265

**Ayesha Zaheer**
3 Sheffield Lane                               (cr)
Oak Brook, IL 60523

**Barbara Runyard**
2104 Ardaugh                                   (cr)
Joliet, IL 60435

**Barrington Pools Inc.**
PO Box 3906                                    (cr)
Barrington, IL 60011-3906

**Batavia Can Company**
PO Box 1593                                    (cr)
Aurora, IL 60507-1593

**BECO Electric Co., Inc.**
5627 W. 120th Street                           (cr)

Alsip, IL 60803

**Behlul Zakiuddin**
10 S. 260 Rt. 83                                           (cr)
Willowbrook, IL 60527

**Belinda Cisneros**
6218 S. Massasolt Ave.                                     (cr)
Chicago, IL 60638

**BFI**
630 S. Hicks Road                                          (cr)
Palatine, IL 60067-6944

**Bharat Patel (Eros Software)**
1300 S. Roselle Rd                                         (cr)
Schaumburg, IL 60193

**Bhavna Mehrotra**
6005 Stewart Dr. 316                                       (cr)
Downers Grove, IL 60515

**Bhupendra Latamba**
2160 Cherry Lane, Apt. 102                                 (cr)
Lisle, IL 60532

**Bhupinder Bedi (22 Century LLC)**
3773 W. Devon Ave.                                         (cr)
Lincolnwood, IL 60712

**Bibi Magazine**
2480 Times Blvd., Suite 209                                (cr)
Houston, TX 77005

**Bijal Parikh**
9101 W. Oak Park Ave.                                      (cr)
Des Plaines, IL 60016

**Biren Shah**
2600 W. Bryn Mawr                                          (cr)
Chicago, IL 60659

**Biz Friendly**
2660 20th Street                                           (cr)
Port Huron, MI 48060

**Blanchard Collins Electrical**
10737 Wolf Drive                                           (cr)
Huntley, IL 60142

**Blanford Design**
10350 Argonne Dr., Suite 100                               (cr)
Woodridge, IL 60517

**Blasen Garage Door Co., Inc.**
625 Lunt Avenue                                    (cr)
Schaumburg, IL 60193

**Blitz Media, Inc.**
6229 N. Richmand, Suite #1                         (cr)
Chicago, IL 60659

**Blue Cross Blue Shield**
PO Box 1186                                        (cr)
Chicago, IL 60690

**Bornquist Inc.**
7050 N. Lehigh Ave                                 (cr)
Chicago, IL 60646

**Briggshaw**
29 W110 Butterfield Rd., Suite 101                 (cr)
Warrenville, IL 60555

**Broadway Bank**
Attn: Demetris Giannoulias
5960 N. Broadway                                   (cr)
Chicago, IL 60660

**Broadway Bank**
Demetris Giannoulias
5960 N. Broadway                                   (cr)
Chicago, IL 60660

**Broadway Bank**
c/o Falmm & Teibloom Ltd.
20 N. Clark St. #2200                              (cr)
Chicago, IL 60602

**Builders Insulation**
2304 Spring Drive, Suite D                         (cr)
Spring Grove, IL 60081

**Building 2000**
PO Box 68877                                       (cr)
Schaumburg, IL 60168-0877

**Cable Plus**
9594 First Ave. NE #203                            (cr)
Seattle, WA 98115-2012

**Cardinal Excavating**
116 Long Ave.                                      (cr)
Roselle, IL 60172

**Carrera Concrete**
c/o Addis Greenberg & Schultz
707 Skokic Blvd. #540                              (cr)

Mundelein, IL 60060

**Casco Industries**
540 W. Division St.                                    (cr)
South Elgin, IL 60177

**Casey Transport**
1500 W. Fullerton Avenue                               (cr)
Addison, IL 60101

**Catherine LaSpina**
c/o Simply clean
472 Northgate Ct                                       (cr)
Riverside, IL 60546

**CB Digital Imaging**
642 S. Roselle                                         (cr)
Schaumburg, IL 60193

**CDW Computer Centers Inc**
C/O D&B RMS Bankruptcy Services
Po Box 5126                                            (cr)
Timonium, Maryland 21094

**CDW Corporation**
c/o The Chaet Kaplan Firm
30 N. LaSalle St. #1520                                (cr)
Chicago, IL 60602

**Central Building & Preservation**
1071 West Fry Street                                   (cr)
Chicago, IL 60622

**Century Automatic Sprinkler**
1570 St. Paul Avenue                                   (cr)
Gurnee, IL 60031

**Chandrakant & Kokila Patel**
8523 W. Elizabeth St.                                  (cr)
Niles, IL 60714

**Charleston Cabinet & Door**
1519 E. Main Street                                    (cr)
Saint Charles, IL 60174

**Chawla & Associates**
2132 Deepwater Lane, Suite 216                         (cr)
Naperville, IL 60564

**Chicago Masonry**
841 N. Addison Avenue                                  (cr)
Elmhurst, IL 60126

**Chicago Sun Times**
401 N. Wabash Ave.                              (cr)
Chicago, IL 60611-3532

**Chicago Title Insurance**
1700 S. Elmhurst Road                           (cr)
Mount Prospect, IL 60056

**Chicago Tribune Co.**
c/o Michael D. Weis
PO Box 1166                                     (cr)
Northbrook, IL 60065

**Chitarhar Broadcasting**
220 S. State St.
Suite 1410                                      (cr)
Chicago, IL 60604

**Christopher Nagy**
353 S. Hale St.                                 (cr)
Palatine, IL 60067

**CIMCO Communications**
PO Box 95900                                    (cr)
Chicago, IL 60694-5900

**Cingular Wirless**
PO Box 806055                                   (cr)
Chicago, IL 60680-6055

**Citibank - Ken Kreisel**
Citicorp Center
500 W. Madison St. 5th Floor                    (cr)
Chicago, IL 60661

**CitiCapital**
PO Box 8500-9805                                (cr)
Philadelphia, PA 19178-9805

**City Glass & TV Hardware**
921 S. Western Ave.                             (cr)
Chicago, IL 60612

**City of Aurora**
44 E. Downer Place                              (cr)
Aurora, IL 60507

**City of Darien**
1702 Plainfield Rd.                             (cr)
Darien, IL 60561

**City of Des Plaines**
1420 Miner St.                                  (cr)
Des Plaines, IL 60016

**City Water International**
2811 S. Fairfield Ave                    (cr)
Lombard, IL 60148

**CMD**
PO Box 2241                              (cr)
Carol Stream, IL 60132-2241

**Combined Specialty Insurance**
135 S. LaSalle Street
Dept. 8385                               (cr)
Chicago, IL 60674-0001

**Comed**
Bill Payment Center                      (cr)
Chicago, IL 60668-0001

**Comfort Inn Int'l**
2550 Landmeier Road                      (cr)
Aurora, IL 60504

**Community Bank of Ravenswood**
Eric Hubbard
2300 W. Lawrence Ave.                    (cr)
Chicago, IL 60625

**Compass Consulting Group**
2631Ginger Woods Parkway
Suite 100                                (cr)
Aurora, IL 60504

**Competitive Door & Supply**
7744 W. Monroe                           (cr)
Forest Park, IL 60130

**Concept Plumbing**
7080 Barry Avenue                        (cr)
Des Plaines, IL 60018

**Conick & Conick**
321 S. Wheaton Ave.                      (cr)
Wheaton, IL 60187

**Constant Electric**
662-666 Albion                           (cr)
Schaumburg, IL 60193

**Construction Consulting Svcs**
1240 N. Homan Avenue                     (cr)
Chicago, IL 60651

**Construction Lending- Myles Milek**
100 S. Wacker Dr. Suite 1700             (cr)

Chicago, IL 60606

**Continental Engineering**
PO Box 654
2099 Stonington Ave.                    (cr)
Schaumburg, IL 60195

**Cook County Collector**
PO Box 802448                           (cr)
Chicago, IL 60680-2448

**Corecom**
PO Box 790352                           (cr)
Saint Louis, MO 63179-0352

**Cory & Associates**
One Lincoln Center
Suite 1600                              (cr)
Villa Park, IL 60181-4260

**Cory Andrew**
c/o Edward T. Joyce & Assoc.
11 S. LaSalle Street #1600              (cr)
Chicago, IL 60603

**Cowhey Gudmundson Leder, Ltd**
300 Park Boulevard
Suite 205                               (cr)
Itasca, IL 60143

**Create A Check**
Attn: Accounts Receivable
2302 S. Presidents Dr.                  (cr)
Salt Lake City, UT 84120

**Crystal Lake Fire Department**
121 W. Woodstock                        (cr)
Crystal Lake, IL 60014

**CSC Office Automation**
3215 Algonquin Road                     (cr)
Rolling Meadows, IL 60008

**Custom Roofing**
180 Detroit Street, Suite A             (cr)
Cary, IL 60013

**D&B Advertising**
579 W. North Ave., Suite 300            (cr)
Elmhurst, IL 60126

**D&P Construction**
8601 W. Bryn Mawr Ave.                  (cr)
Chicago, IL 60631-3501

**Daksha Vyas**
330 Diversey Apt. 1008                    (cr)
Chicago, IL 60657

**Dan Kordick**
276 N. Addison                            (cr)
Elmhurst, IL 60126

**Daniel J. Kollias**
1 N. 141 County Farm Rd. #230             (cr)
Winfield, IL 60190

**Daniel Kollias**
1 N 141 County Farm Road #230             (cr)
Winfield, IL 60190

**Darien Woods HOA**
750 Lake Cook Road, Suite 190             (cr)
Buffalo Grove, IL 60089

**Darsh T & Usha Wasan**
8705 Royal Swan Lane                      (cr)
Darien, IL 60561

**David Maines (Prism)(22 Century LLC**
3773 W. Devon Ave.                        (cr)
Lincolnwood, IL 60712

**David Nelson**
1128 Quanset Ct.                          (cr)
Schaumburg, IL 60194

**David Placek**
6900 Osage Ave.                           (cr)
Downers Grove, IL 60516

**David Stieper**
2300 N. Barrington Road                   (cr)
Schaumburg, IL 60195

**David Wayne Carpenter**
116 North Aldine                          (cr)
Elgin, IL 60123

**Dean Dabbah**
4851 Dhornbark Dr.                        (cr)
Barrington, IL 60010

**Deborah Tyler Willford**
6313 For Run Lane                         (cr)
Matteson, IL 60443

9/17/2004 3:10 PM

**Deepak Jain**
915 Hamlin Street                                    (cr)
Evanston, IL 60201

**Dell Financial Svc.**
Payment Processing Center                            (cr)
PO Box 529
Carol Stream, IL 60197-5292

**Delta Landscape & Snow Plowing**
32 Petrick Lane                                      (cr)
Crystal Lake, IL 60014

**Deol Pritam**
c/o Andrew Splegal, Chawla Group                     (cr)
15 Spinning Wheel Road
Hinsdale, IL 60521

**Design & Construction Resource**
PO Box 52470                                         (cr)
Irvine, CA 92619-2470

**Dharmendra, Patel**
1713 Chariot Ct. Apt. 2B                             (cr)
Mount Prospect, IL 60056

**Dhruvkumar & Kshama Patel**
31780 Leeward Court                                  (cr)
Avon Lake, OH 44012

**Diamic Electric**
15426 70th Court                                     (cr)
Orland Park, IL 60462

**Diamonte Lazak**
216 W. Higgins Road                                  (cr)
Park Ridge, IL 60068

**Dinesh Ganhi**
3901 Charlie Ct.                                     (cr)
Glenview, IL 60025

**Dipak Jain**
915 Hamlin St.                                       (cr)
Evanston, IL 60201

**Dipankar Mukhopadhyay Trust**
933 Clinton Place                                    (cr)
River Forest, IL 60305

**Direct Fitness Solutions**
1312 Armour Blvd.                                    (cr)
Mundelein, IL 60060

**Directionsl Strategies, Inc.**
1115 W. Tower Road                                    (cr)
Schaumburg, IL 60173

**Distinctive Business Products**
PO Box 5940                                           (cr)
Carol Stream, IL 60197-5940

**DME Access**
2215 Cornell Ave.                                     (cr)
Montgomery, IL 60538

**Donald Bernacchi**
1360 Powderhorn                                       (cr)
Algonquin, IL 60102

**Donald Garvey & Associates**
1 S. 376 Summit                                       (cr)
Villa Park, IL 60181

**Donald Wilson**
312 W. Randolph #200                                  (cr)
Chicago, IL 60606

**Donald Zimmerman & Associates**
550 Frontage Rd.                                      (cr)
Suite 3805
Winnetka, IL 60093

**DR Window Works**
6767 Fieldstone Dr.                                   (cr)
Hinsdale, IL 60521

**Dr. A. Ivankovich**
526 Woodland Dr.                                      (cr)
Glenview, IL 60025

**Dr. Abbas Zarif**
3525 S. Cass Ave.                                     (cr)
Oak Brook, IL 60523

**Dr. Ahkter**
6758 N. Leroy Ave.                                    (cr)
Lincolnwood, IL 60712

**Dr. Anicia Villa Fria**
1886 E. 1850 N. Rd                                    (cr)
Watseka, IL 60970

**Dr. Joseph S. Thomas**
9615 Bell Ave.                                        (cr)
Chicago, IL 60643

**Dr. Karim Valika**                                  (cr)

9/17/2004 3:10 PM

**Dr. Lam**
702 W. Revera Lane                              (cr)
Palatine, IL 60067

**Dr. Mohammad Arain**
506 Sauk Path                                   (cr)
Oak Brook, IL 60523

**Dr. N.P. Dahodwala**
900 S. Frontage Road #110                       (cr)
Woodridge, IL 60517

**Dr. Ram Garg**
22997 Hall Road                                 (cr)
Woodhaven, MI 48183

**Duane Morris LLP**
David Kaufman Esq
227 W Monroe Street Suite 3400                  (cr)
Chicago, IL 60601

**Dynamic Drywall**
947 Leverenz Road                               (cr)
Naperville, IL 60565

**Early American Drywall**
1055 S. Courtesy Ln.                            (cr)
Wheeling, IL 60090

**Edward C Richard c/o Chuhak & Tecson P C**
c/o Poli Contracting Inc
30 South Wacker Dr Suite 2600                   (cr)
Chicago, IL 60606

**Edward Feuling**
2627 N. Highland                                (cr)
Arlington Heights, IL 60004

**Edward Hines Lumber Co.**
7707 Blivin Rd.                                 (cr)
Spring Grove, IL 60081

**Elite Excavating**
1933 Lily Lane                                  (cr)
Round Lake, IL 60073

**Emalfarb Swan & Bain**
440 Central Ave                                 (cr)
Highland Park, IL 60035

**Engineering Power Solutions**
2385 Hammond Dr.                                (cr)
Suite 107

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?155929851961456-L_168_0-1

Schaumburg, IL 60173-3844

**Environmental Consulting Group**
901 W. Jackson Blvd., Suite 203          (cr)
Chicago, IL 60607

**Environmental Mgt Resource**
16W251 Frontage Rd.
Suite 28                                 (cr)
Willowbrook, IL 60527

**EP Connell & Assoc**
21 Rob Lane
Unit C                                   (cr)
Prospect Heights, IL 60070

**Eric Ferleger**
29 S. LaSalle St. #300                   (cr)
Chicago, IL 60603

**Eric P. Ferteger**
29 S. LaSalle #300                       (cr)
Chicago, IL 60602

**Essex Insurance Co**
c/o Soffer & Rech LLP
48 Wall St 26th FL                       (cr)
New York, NY 10268-1094

**Essex Insurance Co.**
c/o Jay Levy
10 S. LaSalle St., #900                  (cr)
Chicago, IL 60603

**Ever-Ready Cleaning Svc**
PO Box 694                               (cr)
Grayslake, IL 60030

**EW Window Cleaning**
14139 Western Ave. #14                   (cr)
Blue Island, IL 60406

**Excel Companies Inc.**
725 Armstrong Dr.                        (cr)
Buffalo Grove, IL 60089

**Express Marketing Inc.**
530 Pratt Ave. N                         (cr)
Schaumburg, IL 60193-4555

**Express Signs & Graphics**
6349 N. Fairfield                        (cr)
Chicago, IL 60659

9/17/2004 3:10 PM

**Extreme Snow & Ice Control**
4109 Highland Ave.                              (cr)
Downers Grove, IL 60515

**F&F Plumbing**
2508 Colby Drive                               (cr)
Mchenry, IL 60050

**F&H Supply Corp.**
c/o Abrams & Abrams
75 E. Wacker Dr. #320                           (cr)
Chicago, IL 60601

**Faiz Ali**
4180 N. Marine Dr,
#606                                            (cr)
Chicago, IL 60613

**Falcon Green Homeowners Association**
c/o Property Specialists
5999 S. New Wilkie Rd., Suite 400               (cr)
Rolling Meadows, IL 60008

**Farida Darigar**
361 Ceder Tree                                  (cr)
Schaumburg, IL 60194

**Figuero Building Services**
501 Juniper Drive                               (cr)
North Aurora, IL 60542

**First Midwest Bank**
John Leahy
17500 S. Oak Park Ave.                          (cr)
Tinley Park, IL 60477

**Flooring Dimensions Inc.**
PO Box 7834                                     (cr)
Algonquin, IL 60102

**Floyd Construction**
24 E. Sunset Dr.                                (cr)
Villa Park, IL 60181

**Force Electric Inc.**
5031 Mulford Street                             (cr)
Skokie, IL 60077

**Fortune**
PO Box 60001                                    (cr)
Tampa, FL 33660-0001

**Foster Industrial**
4963 27th Ave.                                  (cr)

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?1559298S1961456-L_168_0-1

Rockford, IL 61109

**Fox Metro Water Reclaimation**
PO Box 109                                    (cr)
Montgomery, IL 60538

**Frank Montgomery**
1420 Renaissance Dr.
Suite 408                                     (cr)
Park Ridge, IL 60068

**Garage Scape**
7600 W. 27th Street
Suite 230                                     (cr)
Minneapolis, MN 55426

**Garavi Gujrat Publications**
2020 Beaver Ruin Road                         (cr)
Norcross, GA 30071

**Gary Tucker**
2205 Kipling Lane                             (cr)
Highland Park, IL 60035

**GDK Glass & Mirror**
1549 Bournon Parkway                          (cr)
Streamwood, IL 60107

**GE Capital**
PO Box 640506                                 (cr)
Pittsburgh, PA 15264-0506

**Geeta Gupta**
19 Mitchell Avenue                            (cr)
Centralia, IL 62801

**General Motors Acceptance Corp**
2740 Arthur Street                            (cr)
Roseville, MN 55113

**Gerald Heinz & Associates**
206 N. River St.                              (cr)
Dundee, IL 60118

**Gerard Charles Martin**
440 N. Wabash #2909                           (cr)
Chicago, IL 60611-3561

**GMAC**
Payment Processing Center
PO Box 5180                                   (cr)
Carol Stream, IL 60197-5180

9/17/2004 3:10 PM

**Goodson Manley & Durfee PLC**
2025 N. Third Street                                    (cr)
Phoenix, AZ 85004-1488

**Gordi Kapur**
1850 Bolleana Ct.                                       (cr)
Schaumburg, IL 60195

**Goyal Financial**
8301 Parkside                                           (cr)
Morton Grove, IL 60053

**Great Western Flooring**
31 Kendall Point Dr.                                    (cr)
Chicago, IL 60659

**Gregory Gaarbo**
c/o Schenk & Annes Ltd.
311 S. Wacker Dr. #5125                                 (cr)
Chicago, IL 60606

**Groot Recycling**
2500 Landmeier Rd.                                      (cr)
Elk Grove Village, IL 60007

**Group Arcreo**
6050 N. Keystone Ave.                                   (cr)
Chicago, IL 60646

**GTL Total Lanscaping**
4N328 Powis Rd.                                         (cr)
West Chicago, IL 60185

**Guatam Patel**
3773 W. Devon Ave.                                      (cr)
Lincolnwood, IL 60712

**Gupta Narendra**
c/o Michael C. Goode
11 S. LaSalle                                           (cr)
Chicago, IL 60603

**Guy Sheldon**
1339 W. Addison                                         (cr)
Chicago, IL 60613

**HACU**
HealthCare Associates Credit Union
1151 East Warrenville Rd                                (cr)
Naperville, Il 60563

**Hamdard Center For Health**
Human Services
96 W. Moreland, Suite 10                                (cr)

Addison, IL 60101

**Hansa Haria**
4710 Wildflower Lane                         (cr)
Medina, OH 44256

**Haresh Modi (TC)**
3773 W. Devon                                (cr)
Lincolnwood, IL 60712

**Harry Shah (Princ)**
9238 Normady                                 (cr)
Morton Grove, IL 60053

**Hasan Merchant**
1 Falcon Lakes Dr.                           (cr)
Barrington, IL 60010

**Hashim Imam**
193 Mtn Laurel Ct.                           (cr)
Midlothian, IL 60445

**Hatim Hamiduddin**
354 Woodstock Rd.                            (cr)
Oxford, England 0X28BZ

**Hayes Mechanical Inc.**
2160 N. Ashland                              (cr)
Chicago, IL 60614-3024

**Hema Bhatt**
3773 W. Devon Ave.                           (cr)
Lincolnwood, IL 60712

**Henry Boysen Co. Inc.**
20 W. North Street                           (cr)
Grayslake, IL 60030-1000

**Herz Construction**
9 S 116 Frontage Road, Suite #208            (cr)
Clarendon Hills, IL 60514

**HH Holmes Testing Labs**
170 Shepard Avenue                           (cr)
Wheeling, IL 60090

**Hinckley Spring Water**
PO Box 1888                                  (cr)
Bedford Park, IL 60499-1888

**Hitendra Desai**
1709 E. Peach Tree Dr.                       (cr)
Arlington Heights, IL 60004

**Hitendra Shah**
817 Constance Lane                                      (cr)
Sycamore, IL 60178

**Hitendra Shah (Twinkle Inc.)**
3773 W. Devon Ave.                                      (cr)
Lincolnwood, IL 60712

**Hoida Lumber & Components**
Hoida East
1599 University Ave,                                    (cr)
Green Bay, WI 54302

**Home Builders Association**
1919 S. Highland Ave., Suite 225A                       (cr)
Lombard, IL 60148-6180

**Ibarras Concrete**
541 Jennings                                            (cr)
Lake In The Hills, IL 60156

**Ideal Drywall/Decorating Inc.**
1480 Illinois Parkway                                   (cr)
Elgin, IL 60123

**Illinois Department of Revenue**
100 W. Randolph Street                                  (cr)
Chicago, IL 60602

**Illinois Dept of Employment Security**
Attorney General Section 9th Fl
33 S State St                                           (cr)
Chicago, IL 60603

**Illinois Pump Inc.**
2525 South Clearbrook                                   (cr)
Arlington Heights, IL 60005

**Imperial Improvements Inc.**
1764 Euclid Ave.                                        (cr)
Mount Prospect, IL 60056

**Imperial Tile & Marble**
1464 W. 37th Street                                     (cr)
Chicago, IL 60609

**Inam Khan**
1 S. 526 Rt. 53                                         (cr)
Glen Ellyn, IL 60137

**India Post**
2335 W. Devon Ave.                                      (cr)
Chicago, IL 60659

**India Tribune Corp**
3302 W. Peterson Ave.                          (cr)
Chicago, IL 60659

**Indian Garden Restaurant**
247 E. Ontario
2nd Floor                                      (cr)
Chicago, IL 60611

**Industrial Door Company**
Chicago, Inc.                                  (cr)
2351 Brickvale Dr.
Elk Grove Village, IL 60007

**Indymac Bank**
100 S. Wacker Dr.
Suite 1700                                     (cr)
Chicago, IL 60606

**Infinity Holdings Corp**
c/o Ross Dixon & Bell
Three 1st National Plaza #525                  (cr)
Chicago, IL 60602

**INFO1**
23622 Calabasas Road
Suite 123                                      (cr)
Calabasas, CA 91302

**Inger Freund**
5414 Hill Road
PO Box 384                                     (cr)
Richmond, IL 60071

**Inger Freund**
Donald C Stinespring & Assoc
PO Box 382                                     (cr)
Richmond, IL 60071

**Internal Revenue Service**
Mail Stop 5010 CHI
230 S. Dearborn Street                         (cr)
Chicago, IL 60604

**IREX Professional**
171 Annandale Dr.                              (cr)
Lake In The Hills, IL 60156

**ISS Chicago Sound & Communication**
3765 N. Wilton Ave
PO Box 13456                                   (cr)
Chicago, IL 60613-0456

9/17/2004 3:10 PM

**IVI International Incl**
105 Corporate Park Dr.                    (cr)
West Harrison, NY 10604

**J&S Excvating Inc.**
9645 Woodstock Road                      (cr)
Garden Prairie, IL 61038

**J&W Trenching**
28 W 074 Industrial Avenue               (cr)
Barrington, IL 60010

**Jack D. Franks**
19333 E. Grant
PO Box 5                                 (cr)
Marengo, IL 60152

**Jagdish & Padma Mundhra**
5825 Theobald Rd.                        (cr)
Morton Grove, IL 60053

**Jamali Kopy Kat**
2501 St. Charles Road                    (cr)
Bellwood, IL 60104

**James and Daryl Miller**
c/o Charles Hartnett
PO Box 1014                              (cr)
Crystal Lake, IL 60014

**Jason Korpela**                        (cr)

**Jay & Smita Shah**
1164 Dorset Dr.                          (cr)
Wheaton, IL 60187

**Jay Parikh**
3773 W. Devon Ave.                       (cr)
Lincolnwood, IL 60712

**Jensen & Jensen Architects & Engine**
2000 Spring Road, Suite 620              (cr)
Oak Brook, IL 60523

**Jerry Sangchantar**                    (cr)

**Jhankar**
178 Hillandale Dr                        (cr)
Bloomingdale, IL 60108-1464

**JMAR Overhead Doors**
119 E. Butterfield Road                  (cr)
North Aurora, IL 60542

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?155929851961456-L_168_0-1

**JMB Electric**
78 W. Seegers Rd.                          (cr)
Arlington Heights, IL 60005

**JMK ELectric Co.**
1030 Bluebird Land                         (cr)
Roselle, IL 60172

**John Garvis**
c/o Peter G. Swan
440 Central Ave                            (cr)
Highland Park, IL 60035

**John Givaris**
4141 W. Devon                              (cr)
Chicago, IL 60646

**John R. Buscher**
Walinski & Trunkett, P.C.
25 E. Washington #1221                     (cr)
Chicago, IL 60602

**John Spot Portable Services**
1565 Aurora Ave.                           (cr)
Aurora, IL 60504-8703

**Jon Woodring**
c/o Pekin Levin & Associates
200 N. LaSalle #2300                       (cr)
Chicago, IL 60601

**Jose Zavala**
3942 W. Leland                             (cr)
Chicago, IL 60625

**Jotwani Prakash**
c/o Fuchs & Roselli Ltd.
440 W. Randolph #500                       (cr)
Chicago, IL 60606

**Julie Harness**
c/o Michelle Courier
19333 E. Grant Hwy. PO Box 5               (cr)
Marengo, IL 60152

**Julie Harness**
31585 Tallgrass Ct                         (cr)
Lakemoor, IL 60050

**K Hoving Recycling & Disposal**
c/o Edgerton & Edgerton
125 Wood Street                            (cr)
POB 218

West Chicago, IL 60186-0218

**K Hoving Recycling & Disposal**
3 N 551 Powis Rd.                                    (cr)
West Chicago, IL 60185

**K. Johnston & Ping Wang**
PO Box 68611                                         (cr)
Schaumburg, IL 60168

**K. Surinder & Tripat Sahajpal**
8200 Oak Knoll Dr.                                   (cr)
Burr Ridge, IL 60521

**K2 Construction**
6701 Sweetbriar Lane                                 (cr)
Darien, IL 60561

**Kadva Patidar Samaj**
7639 Manchester Manor                                (cr)
Bartlett, IL 60103

**Kalpana Chotalia**
3773 W. Devon Ave.                                   (cr)
Lincolnwood, IL 60712

**Kane County Collector**
710 S. Batavia Ave., Bldg A                          (cr)
Geneva, IL 60134

**Kanzler Landscape Contractor**
PO Box 626                                           (cr)
Wauconda, IL 60084

**Karamat U. Sheikh**
24 St. Charles Pl.                                   (cr)
Highland Park, IL 60035

**Kari Kratochvil**
79 Regend Dr.                                        (cr)
Oak Brook, IL 60523

**Kathleen Judy**
311 N. Second St.
Suite 202A                                           (cr)
Saint Charles, IL 60174

**Katten Muchin & Zavis**
525 W. Monroe St., Suite 1600                        (cr)
Chicago, IL 60661-3693

**KCD Consultants**
16144 S. Bell Road                                   (cr)
Lockport, IL 60441

**KDA**
133 S. Rohlwing Rd.                                  (cr)
Addison, IL 60101

**Kempster Keller & Lenz Calvo**
332 S. Michigan Ave. #860                            (cr)
Chicago, IL 60604

**Ketan Kamdar**
3065 Dell Place                                      (cr)
Glenview, IL 60025

**Kevin Basham**
4625 N. Winchester Ave. #219                         (cr)
Chicago, IL 60640

**Kevin Johnson**
c/o Joseph McMahon
4343 Commerce Court, #415                            (cr)
Lisle, IL 60532

**Kevin Mortell**
Baker Miller Markoff & Krasny LLC
11 S. LaSalle St., 19th Fl.                          (cr)
Chicago, IL 60603

**Khalil Barbari**
2201 Westwood                                        (cr)
Crystal Lake, IL 60012

**Khalil Barbari (Charlie)**
2201 S. Westwood Dr.                                 (cr)
Hillside, IL 60162

**Khuzema Merchant**
9049 Falcon Greens Dr.                               (cr)
Crystal Lake, IL 60014

**Khuzema Merchant**
9049 Falcon Greens Dr                                (cr)
Crystal Lake, IL 60014-3306

**Kim K. Lee**                                       (cr)

**Kishore Chugh (22 Century LLC)**
3773 W. Devon Ave.                                   (cr)
Lincolnwood, IL 60712

**Klehm Nursery**
197 Penny Road                                       (cr)
Barrington, IL 60010-9390

**Koecritz**
1400 Hicks Road                                      (cr)

Rolling Meadows, IL 60008

**Lakewood Countertip**
155 S. Rohlwing Rd., Suite C                    (cr)
Addison, IL 60101

**Land Technology**
5116 W. Elm Street                              (cr)
Mchenry, IL 60050

**Land Technology Inc**
3922 W Main St                                  (cr)
McHenry, IL 60050

**Landscape Concepts Management**
PO Box 769                                      (cr)
Grayslake, IL 60030-0769

**Langraphs, Ltd.**
c/o Gary K. Mickey
2111 Plum Street, 2nd Floor                     (cr)
Aurora, IL 60507

**Lawrence Liebman**
PO Box 736                                      (cr)
Chicago, IL 60653

**Leon Grimes**
1886 Carnation Ct.                              (cr)
Aurora, IL 60506

**Leon Wexler**
77 W. Washington #1618                          (cr)
Chicago, IL 60602

**Liberty Development Company**
c/o Timothy H Okal
Spina McGuire & Okal                            (cr)
7610 W North Ave
Elmwood Park, IL 60707

**LikNu Poreclain**
179 Woodbury Rd.                                (cr)
Hicksville, NY 11801

**Lindsey & Sons**
9200 S. Kingery Rd.                             (cr)
Hinsdale, IL 60521

**Lisa Coffee**
5 W. Merchants Dr.                              (cr)
Oswego, IL 60543

https://ecf.ilnb.eic7.dcn/cgi-bin/CreditorQry.pl?15592985196145

**Littman Bros Lighting Corp**
900 Estes Court                                        (cr)
Schaumburg, IL 60193

**Lorenzo's Landscaping**
1910 Cobblestone Lane                                  (cr)
Mchenry, IL 60050

**Luis Rodriguez**
7008 Lowell Dr.                                        (cr)
Carpentersville, IL 60110

**LVI Environmental Svcs, Inc.**
621 E. Wildwood Ave.                                   (cr)
Villa Park, IL 60181

**Lynwood Sign Company**
1200 E. Golf Road                                      (cr)
Des Plaines, IL 60016

**Madan Kulkarni**
8408 Redtail Dr.                                       (cr)
Crystal Lake, IL 60014

**Mafat Patel**
3773 W. Devon Ave.                                     (cr)
Lincolnwood, IL 60712

**Mahendra B. Patel**
3773 W. Devon Ave.                                     (cr)
Lincolnwood, IL 60712

**Mahendra B. Patel (Harvey Health)**
3773 W. Devon Ave.                                     (cr)
Lincolnwood, IL 60712

**Manco Construction**
2735 N. 73rd Court                                     (cr)
Elmwood Park, IL 60707

**Manco Homes**
2735 N. 73rd Court                                     (cr)
Elmwood Park, IL 60707

**Maneval Construction Co. Inc.**
211 S. Rt. 83 Maneval Drive                            (cr)
Grayslake, IL 60030

**Manisah Chotalia**
3773 W. Devon Ave.                                     (cr)
Lincolnwood, IL 60712

**Manjula Juluri**
9016 Falcon Greens                                     (cr)

Crystal Lake, IL 60014

**Manoj Ajmera (22 Century LLC)**
3773 W. Devon Ave.                          (cr)
Lincolnwood, IL 60712

**Manzoor & Rubar Hussain**
709 Midwest Club                            (cr)
Oak Brook, IL 60523

**Marianne Colello**
600 Thames Parkway 3F                       (cr)
Park Ridge, IL 60068

**Mark & Cynthia Smith**
c/o Gregory Waggoner
Four N. Walkup Av.                          (cr)
Crystal Lake, IL 60014

**Mark & Cynthia Smith**
2030 Leisure Blvd.                          (cr)
Holland, MI 49424

**Mark F. Kalina**
100 W. Roosevelt Road
Suite A-1                                   (cr)
Wheaton, IL 60187

**Mark Painting**
2560 West Ave.                              (cr)
Chicago, IL 60630

**Mark Patenaude**
35 Prairie Point Lane                       (cr)
Streamwood, IL 60107

**Marshall Dickler**
85 W. Algonquin Rd.                         (cr)
Arlington Heights, IL 60005

**Mathias Jan Architect**
334 Colfax, Suite D                         (cr)
Palatine, IL 60067

**Matthew Typl**
950 W. Washington #302                      (cr)
Oak Park, IL 60302

**Maureen Gonzalez**
3942 S. Leland                              (cr)
Chicago, IL 60625

**MB Cultured Marble**
35 Burdent Dr.                              (cr)

Crystal Lake, IL 60014

**McGinty Bros**
3744 RFD Cuba Rd.                          (cr)
Lake Zurich, IL 60047-7958

**MCl Residential**
PO Box 17899                               (cr)
Denver, CO 80217-0890

**Media Insight Inc.**
1020 S. Park Blvd.                         (cr)
Streamwood, IL 60107-2149

**Merk Capital Corp**
1605 Belle Haven Dr., Suite 200            (cr)
Grayslake, IL 60030

**Metlife**
120 E. Ogden Ave., Suite 100               (cr)
Hinsdale, IL 60521

**Metlife Small Business Center**
PO Box 804466                              (cr)
Kansas City, MO 64180-4466

**Metro Supplies & Service**
7550-3 Bristol Lane                        (cr)
Hanover Park, IL 60133

**Metropolitan Sweeping**
PO Box 793                                 (cr)
Lombard, IL 60148

**Mid American Heating**
2402 Spring Ridge Dr., Suite 1             (cr)
Spring Grove, IL 60081

**Mid American Title**
149 N. Virginia Stree
PO Box 373                                 (cr)
Crystal Lake, IL 60039-0373

**Midwest Bank & Trust Company**
c/o M. Flynn/Business Legal Svc
936 Maple Ave.                             (cr)
Downers Grove, IL 60515

**Midwest Bank & Trust Company**
John Spear and Mary Henthorn
500 West Chestnut                          (cr)
Hinsdale, IL 60521

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?1559298519611456-L_168_0-1

**Midwest Trust Services, Inc.**
1606 N. Harlem Ave.                    (cr)
Elmwood Park, IL 60707-4396

**Minasha Chotalia**
3773 W. Devon Ave.                     (cr)
Lincolnwood, IL 60712

**Minnesota Financial Corp**
1111 Old Eagle School Rd.              (cr)
Wayne, PA 19087

**Mitch's Greenthumb Landscaping**
32285 N. Alleghany Road                (cr)
Grayslake, IL 60030

**MK Zafar CPA**
2704 W. Peterson Ave.                  (cr)
Elmwood Park, IL 60707

**MM Haque Trust**
10 Victoria Ct.                        (cr)
Oak Brook, IL 60523

**Model Cleaning**
835 Oak Street                         (cr)
Roselle, IL 60172

**Mohammed Dawood**
4401 W. Estes                          (cr)
Lincolnwood, IL 60712

**Mohan & Jayshree Durve**
13400 County Line Rd.                  (cr)
Hunting Valley, OH 44022

**Monster.Com**
22446 Network Place                    (cr)
Chicago, IL 60673

**Mule Construction**
164 Rosedale Court                     (cr)
Bloomingdale, IL 60108

**Mustansir Cash**
3 B Kingery Quarters, #208             (cr)
Hinsdale, IL 60521

**N. Nathwani**
2439 Brunswick Circle                  (cr)
Woodridge, IL 60517

**Nand Belani (22 Century LLC)**
3773 W. Devon Ave.                     (cr)

Lincolnwood, IL 60712

**Naperville Svc.**
888 S. Rt. 59, Suite 112                    (cr)
Naperville, IL 60540

**Narendra Mehta**
648 Suncrest Dr.                            (cr)
Aurora, IL 60506

**Narendra Soni**                           (cr)

**Nathan Zabatowsky**
401 67th Ct.                                (cr)
Downers Grove, IL 60516

**National B'ness Info Exchange**
6226 4th Street                             (cr)
Chesapeake Beach, MD 20732

**Natural Floors Inc.**
5268 N. Cicero Ave.                         (cr)
Chicago, IL 60630

**Naubahar**
6423 N. Albany, 2nd Floor                   (cr)
Chicago, IL 60645

**Nayeem Shariff**
10335 W. 125th Pl.                          (cr)
Palos Park, IL 60464

**New Homes Chicagoland**
1730 N. Clark #404                          (cr)
Chicago, IL 60614

**Newline Publishing**
8 Lake Street                               (cr)
Rouses Point, NY 12979-1004

**Nextel Accessories**
5360 Capital Ct.                            (cr)
Reno, NV 89502

**Nextel Communications**
75 Remittance Dr.                           (cr)
Suite 93117
Chicago, IL 60675-3117

**Nicor**
PO Box 416                                  (cr)
Aurora, IL 60568-0001

**NICOR**
POB 549                                         (cr)
Aurora IL 60507

**Nigro & Westfall**
1793 Bloomingdale Road
Arrt: Scott Chase                               (cr)
Glendale Heights, IL 60139

**Nimi Kapur**
1850 Bolleana Ct.                               (cr)
Schaumburg, IL 60195

**Noonan & Lieberman**
105 W. Adams #3000                              (cr)
Chicago, IL 60603

**Norridge Sewer & Water Const.**
9233 W. Cherry Ave.                             (cr)
Franklin Park, IL 60131

**Northern Key & Lock**
4702 Route 176                                  (cr)
Crystal Lake, IL 60014

**Northwoods Construction**
18725 Crowley Road                              (cr)
Harvard, IL 60033

**Nova Consulting Group**
1107 Hazeltine Blvd., Suite 400                 (cr)
Chaska, MN 55318

**NuMill Inc.**
1793 Bloomingdale Rd                            (cr)
Glendale Heights, IL 60139

**Nuper Sound**
556 Anita Street                                (cr)
Des Plaines, IL 60016

**Oak Brook Bank**
Attn: John Bonino
1400 Sixteenth Street                           (cr)
Oak Brook, IL 60523

**OCE USA**
12379 Collections Center Dr.                    (cr)
Chicago, IL 60693

**Onyx Waste Svcs.**
135 S. LaSalle
Dept. 8181                                      (cr)
Chicago, IL 60674-8173

**Orkin Exterminating**
5840 N. Lincoln Ave.                    (cr)
Chicago, IL 60659-4611

**PAF & Associates**
1207 W. Algonquin Rd.                   (cr)
Algonquin, IL 60102

**Pankaj Bahalkia (Pro Health)**
3773 W. Devon Ave.                      (cr)
Lincolnwood, IL 60712

**Paresh & Rita Patel**
3605 Donald Ct.                         (cr)
Glenview, IL 60025

**Parkway Bank & Trust Co.**
c/o Scott & Kraus
150 S. Wacker #2900                     (cr)
Chicago, IL 60606

**Parkway Bank and Trust**
Attn: Mark Shekerjian
4800 N. Harlem                          (cr)
Harwood Heights, IL 60706

**Patel Gautam**
c/o Jeffrey J. Levine
20 N. Clark St. #800                    (cr)
Chicago, IL 60602

**Patel Natvarlal**
c/o McCracken & Walsh
134 N. LaSalle Street                   (cr)
Chicago, IL 60602

**Patrick B. Hurley**
1755 S. Naperville Road
Suite 200                               (cr)
Wheaton, IL 60187

**Patrick Landscaping**
Robert Steele Atty
PO Box 517 -                            (cr)
LaSalle, IL 61301

**Paul Jotwani**
3 Kingsbird Court                       (cr)
Schaumburg, IL 60195

**Paulina G. Aureus**                   (cr)

**Pella Window**
PO Box 1546                                           (cr)
Bensenville, IL 60106-8546

**Pella Windows & Doors Inc**
Michael T Nigro/ Nigro & Westfall PC
1793 Bloomingdale road                               (cr)
Glendale Hts, Il 60139

**Peoples Energy**
PO Box 0                                             (cr)
Chicago, IL 60690-3991

**Peoples Gas**
Waukegan, IL 60087-0001                              (cr)

**Phils Construction**
2734 N. Artesian #200                               (cr)
Chicago, IL 60647

**Pinta's Cultured Marble**
5859 W. 117th Pl.                                   (cr)
Alsip, IL 60803

**Pitney Bowes Credit Corp**
27 Waterview Drive                                  (cr)
Shelton, CT 06484-4361

**Pittney Bowes**
PO Box 856460                                       (cr)
Louisville, KY 40285-6460

**Planned Pluming**
25 E. University Dr.                                (cr)
Arlington Heights, IL 60004

**Plote Inc.**
1100 Brant Dr.                                      (cr)
Elgin, IL 60120

**Polar Heating & Cooling Inc.**
10735 Wolf Dr.                                      (cr)
Huntley, IL 60142

**Poli Contracting Inc**
c/o Edward C Richard
30 S Wacker Dr                                      (cr)
Ste 2600
Chicago, IL 60606

**Postage Previlege**
PO Box 856042                                       (cr)
Louisville, KY 40285-5042

**Powers Enterprises Inc.**
11725 S. Ridgeland Ave.
Suite 29                                    (cr)
Worth, IL 60482

**PPGAF**
PO Box 101397                              (cr)
Atlanta, GA 30392-1397

**PPI**
C/O Scott N Schreiber & William S Hackne
Much Shelist Freed Denenberg Ament          (cr)
191 North Wacker Driver Ste 1800
Chicago, IL 60606

**Prakash & Rekha Motagi**
19 Windflower Ct.                           (cr)
Reisterstown, MD 21136

**Precision Blue**
3010 Woodcreek Drive, Suite G               (cr)
Downers Grove, IL 60515

**Preferred Paving Co.**
PO Box 8494                                 (cr)
Rolling Meadows, IL 60008

**Premium Drywall Inc.**
458 W. 5th Ave.                             (cr)
Naperville, IL 60563

**Prime Wireless**
888 S. Rt. 59, Suite 112                    (cr)
Naperville, IL 60540

**Pritam Deol**
1028 Beninford Lane                         (cr)
Westmont, IL 60559

**Prodsoft Technology Group, Inc.**
PO Box 212                                  (cr)
Itasca, IL 60143-0212

**Productivity Point**
2001 Butterfield Road, Suite 1050           (cr)
Downers Grove, IL 60515

**Prof. Bala Chandran**
3269 Prestwick                              (cr)
Northbrook, IL 60062

**Pronto Express**
Dept. CH101172                              (cr)
Palatine, IL 60055-0172

**Pronto Masonry Inc.**
PO Box 7294                          (cr)
Villa Park, IL 60181

**PSI Inc.**
117 Main Street                      (cr)
West Chicago, IL 60185

**Qamar Tanvir Abbasi**
1111 Burlington Ave. #409            (cr)
Lisle, IL 60532

**Quality Blueprint Inc.**
624 E. St. Charles Road              (cr)
Carol Stream, IL 60188

**Quarles & Brady**
500 W. Madison, Suite 3700           (cr)
Chicago, IL 60661

**Quill**
PO BOx 94081                         (cr)
Palatine, IL 60094-4081

**Qusai Vajihuddin**
6 The Paddockes Wembly Park          (cr)
Mieelescx HA9 9HE British West Indi

**Qwest**
425 Technology Dr.                   (cr)
Malvern, PA 19355

**R&D Thiel**
2340 Newburg Road                    (cr)
Belvidere, IL 61008

**Rahul & Sujata Deepankar**
4851 Thornbark Dr.                   (cr)
Barrington, IL 60010

**Rainbow Lighting Inc.**
3545 Commercial                      (cr)
Northbrook, IL 60062

**Rajasekhara Shiva & Sheela**
6204 Lilac Bush Lane                 (cr)
Clarksville, MD 21029

**Rajesh Chotalia**
3773 W. Devon Ave.                   (cr)
Lincolnwood, IL 60712

**Rajesh Sharma**
3111 Centenial Lane                    (cr)
Highland Park, IL 60035

**Rajni S. Asila**
1460 Caldwess Lane                    (cr)
Schaumburg, IL 60194

**Ralph's Printing & Decorating**
170 Royce Dr.                         (cr)
Bloomingdale, IL 60108

**Rama Patel (Natwarlal Patel)**
350 Mayo Lane                         (cr)
Bloomingdale, IL 60108

**Ramesh Goyal**
8301 Parkside                         (cr)
Morton Grove, IL 60053

**Ramon Villa Fria**
1886 E. 1850 N. Rd.                   (cr)
Watseka, IL 60970

**Ramon Villa Fria**
1866 E. 1850 North Rd.                (cr)
Watseka, IL 60970

**Ravindra & Nirmala Kumar**
2650 Cedar Crest Ct.                  (cr)
Merced, CA 95340

**Raymond Professional Group**
321 N. Clark St.
Suite 1100                            (cr)
Chicago, IL 60610

**RCH Masonry**
408 Owen Court                        (cr)
Prospect Heights, IL 60070

**RCN**
135 S. LaSalle Street
D8103                                 (cr)
Chicago, IL 60674-8103

**REFCO LLC**
c/o Nancy Westwick
550 W. Jackson                        (cr)
Chicago, IL 60661

**Reproduction Material Co.**
1450 Tomlin Drive                     (cr)
Hinsdale, IL 60521

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?1559298519611456-L_168_0-1

**Residential Steel Fab, Inc.**
1555 Gilpen Avenue                    (cr)
South Elgin, IL 60177

**Riaz Ahmed Arain**
104 Ainsle Dr.                        (cr)
Westmont, IL 60559

**Richard Ranieri**
233 Cardinal Dr.                      (cr)
Bloomingdale, IL 60108

**Richard Shariff (Soad Watter)**
2004 N. Pulaski Rd.                   (cr)
Chicago, IL 60639-3767

**Ricoh**                             (cr)

**Ridgefield Industries**
8420 W. Railroad Street               (cr)
Crystal Lake, IL 60012

**Ridgeway Painting & Decorating**
6429 N. Campbell                      (cr)
Chicago, IL 60645

**Rita Ivanuskas**                    (cr)

**RKS Inc.**
3773 W. Devon Ave.                    (cr)
Lincolnwood, IL 60712

**Robert B. Winberg**
c/o Roy D. Winn
310 S. Naperville Rd. #201            (cr)
Wheaton, IL 60187

**Robert E. Russo**                   (cr)

**Robert Ridener**                    (cr)

**Roger's Flooring**
27 W 743 St. Charles Road             (cr)
West Chicago, IL 60185

**Rohit Maniar**
6343 N. Talman Ave,                   (cr)
Chicago, IL 60659

**Rohlfing & Oberholtzer**
One E. Wacker #2420                   (cr)
Chicago, IL 60601

**Rosen Associates Mgt. Account**
2333 Brickell Ave., Suite D1
Miami, FL 33129
(cr)

**Rosenthal Bros**
740 Waukegan Road
PO Box 700
Deerfield, IL 60015-0700
(cr)

**Ross & Hardies n/k/a McGuire Woods**
C/O McGuire Woods LLP
77 W Wacker Drive Suite 4100
Chicago, IL 60601
(cr)

**Roto Rooter Plumbers**
5672 Collections Drive
Chicago, IL 60693
(cr)

**RSG Exteriors**
107 Thompson Dr.
Wheaton, IL 60187
(cr)

**Rudolfo Manuel**
3812 W. Birchwood Ave.
Palatine, IL 60078
(cr)

**Ruszkowski Michele**
8485 Merchant Court
(cr)

**Ryco Construction**
c/o Dennis Taheny
19 Watergate
Barrington, IL 60010
(cr)

**S&R MultiMedia**
334 Cornelia St. #273
Plattsburgh, NY 12901
(cr)

**S. Barrington Executive Center**
1051 East Main Street, Suite 110
Dundee, IL 60118
(cr)

**Salamone & Swift Builders**
3028 S. Kilbourn
Chicago, IL 60623
(cr)

**Sam Buonauro**
dba Worldwide Painting
16440 Timberview Drive
Plainfield, IL 60544
(cr)

**Samatas Corp**
PO Box 35096
Elmwood Park, IL 60707-0096
(cr)

**Sana Yasoob**
9008 Falcon Greens Dr.                    (cr)
Crystal Lake, IL 60014

**Sandra Wilson**
2722 N 72nd Ct.                           (cr)
Elmwood Park, IL 60707

**Sathyan Swapna**
763 Violet Circle                         (cr)
Naperville, IL 60540

**Saturn Sign Systems**
11 W. College
Suite E                                   (cr)
Arlington Heights, IL 60004-1900

**SBC**
Bill Payment Center                       (cr)
Chicago, IL 60663-0001

**SBC**
Law Department
225 W Randolph                            (cr)
Suite 27A
Chicago IL 60606

**SCE Unlilmited**
1901 Landmeier Road                       (cr)
Elk Grove Village, IL 60007

**Schain Burney Ross & Citron**
222 N. LaSalle Street, Suite 1910         (cr)
Chicago, IL 60601-1102

**Schain, Burney, Ross & Citron**
222 North LaSalle
suite 1900                                (cr)
Chicago, IL 60601

**Schoengart Associates**
180 N. Michigan Ave.
Suite 505                                 (cr)
Chicago, IL 60601-1102

**Scholz Design**
3131 Executive Parkway                    (cr)
Toledo, OH 43606

**School District 47**                    (cr)

**Sean Michael Felix Art Design**
139 White Street                          (cr)

https://ecf.ilnb.circ7.dcn/cgi-bin/CreditorQry.pl?15592985196145&-1_168_0-1

Frankfort, IL 60423

**Sears & Anderson**
245 Eric Dr.                                              (cr)
Palatine, IL 60067

**SEC Electric**
545 Wise Road, Suite 208                                  (cr)
Schaumburg, IL 60173

**Service Sanitation**
135 Blaine Street                                         (cr)
Gary, IN 46406-9902

**Shah Engineering**
One IBM Plaza
Suite 3200                                                (cr)
Chicago, IL 60611

**Shah Haresh**
c/o Gary Tucker
2205 Kipling Ln.                                          (cr)
Highland Park, IL 60035

**Shahriyar Ali**
2201 W. Wcadhersfield                                     (cr)
Schaumburg, IL 60193

**Shaily Gupta**
211 E. Ohio Street                                        (cr)
Chicago, IL 60611

**Sham Razdan**                                           (cr)

**Shane Office Supply**
2717 Curtis St.                                           (cr)
Downers Grove, IL 60515

**Shapes Company**
1500 Midway Court W-2                                     (cr)
Elk Grove Village, IL 60007

**Shashank Bhatt (22 Century LLC)**
3773 W. Devon Ave.                                        (cr)
Lincolnwood, IL 60712

**Sheena Maten**
105 N. Bluesching Rd. #1031                               (cr)

**Sheri Merchant**
1 Falcon Lakes Dr.                                        (cr)
Barrington, IL 60010

9/17/2004 3:10 PM

**Shiva Kumar Rajasekhara**
6204 Lilac Bush Lane                                    (cr)
Clarksville, MD 21029

**Sign A Rama**
80 W. Dundee                                            (cr)
Buffalo Grove, IL 60089

**Signs On Site**
3033 W. Ogden
Suite 302                                               (cr)
Lisle, IL 60532

**Siltmaster**
1280 Alexandra Blvd.                                    (cr)
Crystal Lake, IL 60014

**Simplex Grinnel**
558 Lamont Road                                         (cr)
Elmhurst, IL 60126

**Simply Clean**
PO Box 516                                              (cr)
Lyons, IL 60534

**SK Heating & Cooling**
290 W. Fullteron Avenue                                 (cr)
Addison, IL 60101

**Skelex Inc.**
PO Box 269                                              (cr)
Bloomingdale, IL 60108

**Smythe Settlement F.C.A.**
956 W. Bartlett Road
PO Box 238                                              (cr)
Bartlett, IL 60103

**Solomon & Leadley**
320 E. Indian Trail                                     (cr)
Aurora, IL 60505

**Special Stucco**
4206 N. Kilpatrick                                      (cr)
Chicago, IL 60641

**Springfield Electric**
4918 N. Springfield Ave.                                (cr)
Chicago, IL 60625

**Springfield Electric Inc**
Attn Steven C Swanson Esq
Fisher Kanaris PC                                       (cr)
200 S Wacker Drive 33rd Floor

Chicago, IL 60606

**Sprint**
PO Box 219554                                    (cr)
Kansas City, MO 64121-9554

**SR Int'l Inc.**
2840 Bluewater Circle                            (cr)
Naperville, IL 60564

**Standard Elevator Co.**
3260 West Grand Ave.                             (cr)
Chicago, IL 60651

**Standard Lumber Co.**
1912 Lehigh                                      (cr)
Glenview, IL 60025

**State - Line Interiors, Inc.**
797 Oak Valley Dr.                               (cr)
Crystal Lake, IL 60014

**Stealth Security Group**
245 West Roosevelt Road #3-23                    (cr)
West Chicago, IL 60185

**Stein & Rotman**
105 W. Madison #605                              (cr)
Chicago, IL 60602

**Stephen Kikoler**
Much Shelist Freed et al
191 W. Wacker #1800                              (cr)
Chicago, IL 60606

**Steven Holowicki**
130 S. Lewis Avenue                              (cr)
Lombard, IL 60148

**Steven Johnson**
232 S. Chase                                     (cr)
Lombard, IL 60148

**Steven Swanson**
Daar Fisher Kanaris & Vanek
200 S. Wacker Dr. #3350                          (cr)
Chicago, IL 60606

**Stewart Title**
2055 W. Amy Trail Rd., Suite 110                 (cr)
Addison, IL 60101

**Structural Evaluation Engineering**

9/17/2004 3:10 PM

c/o Michael C. Goode
135 S. LaSalle #2700          (cr)
Chicago, IL 60603

**Suber Zummerwala & Associates**
333 W. Irving Park Rd
Suite 202                    (cr)
Roselle, IL 60172-1134

**Suburban Chicago Newspaper**
101 S River St               (cr)
Aurora, IL 60506

**Successories Inc.**
PO Box 691419                (cr)
Cincinnati, OH 45269-1419

**Sudhanshu Pathak**
265 Union Ave. #C1059        (cr)
Campbell, CA 95008

**Sugar Freidberg & Felsenthal**
30 N. LaSalle St. #2600      (cr)
Chicago, IL 60602

**Suleiman Mohammed**
1 N. 355 Farwell St.         (cr)
Carol Stream, IL 60188

**Sunil & Meera Lingayat**
19706 Maycrest Way           (cr)
Germantown, MD 20876

**Sunset Cartage**
PO Box 1113                  (cr)
Crystal Lake, IL 60039-1113

**Sunset Office Supply Co.**
40-14 24th Street            (cr)
Long Island City, NY 11101

**Sunshine Granite**
1916 Brockton Lane           (cr)
Glendale Heights, IL 60139

**Surface Solutions, Inc.**
601 Sidwell Ct. #Q           (cr)
Saint Charles, IL 60174

**Syed Ali Zaidi & Clai Green**
IL                           (cr)

**Sylvia Lam**