UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

04-23758 (lead)

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| M.G. INTERNATIONAL, LLC., | ) | CASE NO. 04 B 24317 |
| | ) | |
| Debtor. | ) | HON. A. BENJAMIN GOLDGAR |

### FINAL REPORT OF DEBTOR-IN-POSSESSION

To:   THE HONORABLE A. BENJAMIN GOLDGAR,
      BANKRUPTCY JUDGE and
      THE UNITED STATES TRUSTEE

NOW COMES the debtor, M.G. International, LLC. (the "Debtor"), and respectfully submits to the Court and to the United States Trustee its Final Report in accordance with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii).

1.   The Petition commencing this case under Chapter 11 was filed on June 29, 2004. An order converting this case to a case under Chapter 7 was entered on August 16, 2004. David R. Brown has been appointed as the Chapter 7 trustee for the Debtor's estate.

2.   The Debtor has turned over to the Trustee all records and property of the estate in accordance with Federal Rule of Bankruptcy Procedure 1019(4).

3.   A summary of the Debtor's Final Report for the period of June 29 through August 16, 2004 is as follows:

   a.   BEGINNING BALANCE (See Exhibit A)        $176.27

   b.   RECEIPTS (See Exhibit A)                 $  0.00

{A0073134.DOC}

    c.    DISBURSEMENTS (See Exhibit A)    $ 0.00

    d.    NET CASH available for Trustee    $176.27

4.    The Debtor has filed a Schedule of Unpaid Debts in accordance with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii) in the aggregate sum of $500.00.

RESPECTFULLY SUBMITTED:

M.G. INTERNATIONAL, LLC.

DATE: _____

By: _____
Hasan Merchant, Manager

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60610
(312) 541-0151
Attorneys for the Debtor

{A0073134.DOC}

## EXHIBIT A
## CASH RECEIPTS AND DISBURSEMENTS

Opening balance in all accounts                $176.27

Ending balance in all accounts                 $176.27

{A0073134.DOC}

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 0 2 2004
KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. A. Benjamin Goldgar |
| M.G. INTERNATIONAL, LLC., | ) | Case No. 04-24371 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### SCHEDULE OF UNPAID DEBTS PURSUANT TO FRBP 1019(5)(a)(i)

The undersigned debtor states that the following debts were incurred after the filing of the petition and before conversion of the case:

| Creditor | Description | Amount |
|---|---|---|
| United States Trustee<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606 | 2nd & 3rd Quarter Fees | $500.00 |

M.G. International, LLC

By: _____
Hasan Merchant, Manager

{A0072722.DOC}

## CERTIFICATE OF SERVICE

Richard M. Fogel certifies that he caused to be served a true copy of the above and foregoing Notice upon the attached Service List by U.S. Mail, first-class, postage prepaid, on this 20 day of September, 2004 from 321 N. Clark Street, Chicago, IL 60610.

Richard M. Fogel

> Steven B. Towbin (#2848546)
> Richard M. Fogel (#3127114)
> James J. Teich (#6273149)
> Shaw Gussis Fishman Glantz
>  Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60610
> (312) 541-0151  telephone
> (312) 980-3888  facsimile
> Attorneys for the Debtor

{A0072722.DOC}

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

David R. Brown
P.O. Box 160
Lake Villa, IL 60046

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _MG International LLC_    CASE NO. _04 B 24317_

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending _6/29 - 7/31_, 20_04_

BEGINNING BALANCE IN ALL ACCOUNTS    $ _176.27_

RECEIPTS:
    1. Receipts from operations    $ _____
    2. Other Receipts    $ _____

DISBURSEMENTS:
    3. Net payroll:
       a. Officers    $ _____
       b. Others    $ _____

    4. Taxes
       a. Federal Income Taxes    $ _____
       b. FICA withholdings    $ _____
       c. Employee's withholdings    $ _____
       d. Employer's FICA    $ _____
       e. Federal Unemployment Taxes    $ _____
       f. State Income Tax    $ _____
       g. State Employee withholdings    $ _____
       h. All other state taxes    $ _____

    5. Necessary expenses:
       a. Rent or mortgage payments(s)    $ _____
       b. Utilities    $ _____
       c. Insurance    $ _____
       d. Merchandise bought for manufacture or sale    $ _____
       e. Other necessary expenses (specify)

    _____    $ _____
    _____    $ _____

TOTAL DISBURSEMENTS    $ _0_

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ _0_

ENDING BALANCE IN _Midwest Bank_    $ _175.00_
    (Name of Bank)
ENDING BALANCE IN _Parkway Bank_    $ _1.27_
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $ _176.27_

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *MG International LLC*    CASE NO.: *04 B 24317*

RECEIPTS LISTING

FOR MONTH ENDING *6/29 - 7/3*, 20*04*

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

**DATE RECEIVED**            **DESCRIPTION**                            **AMOUNT**

TOTAL: *0*

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *MC International, LLC*    CASE NO.: *04 B 24317*

DISBURSEMENT LISTING

FOR MONTH ENDING _*6/29 - 7/31*_, 20 *04*

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |

TOTAL: *0*

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *MG International LLC*   CASE NO.: *04 B 24317*

FOR MONTH ENDING  *6/29 - 7/31*, 20 *04*

## STATEMENT OF INVENTORY

Beginning inventory   $ —

Add: purchases   $

Less: goods sold   $
(cost basis)

Ending inventory   $ —

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period   $ —

Payroll taxes due but unpaid   $ —

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|

*See Attached List*

* Include only post-petition payments.

OPERATING REPORT Page 4

MG International, LLC          04 B 24317
6/29-7/31/04

## Status of Payments to Secured Creditors and Lessors

| Creditor | Pmt due date | Amount | # Pmts Delinq. | Amount Pmts Delinq. |
|---|---|---|---|---|
| 22nd Century Partners | unknown | unknown | unknown | unknown |
| Amer Chtrd Bank-Polo Woods | 7/1/2004 | 5,411.08 | 1 | 5,411.08 |
| First Midwest Bank-6400 Long Meadow | 7/1/2004 | 3,670.00 | 1 | 3,670.00 |
| Liberty Development-Polo Woods | 7/1/2004 | 2,410.00 | 1 | 2,410.00 |
| Midwest Bank-Falcon Greens II | 7/1/2004 | 47,323.01 | 1 | 47,323.01 |
| Parkway Bank- Polo Tower | 7/1/2004 | 73,151.38 | 1 | 73,151.38 |
| Parkway Bank- Falcon Greens I | 7/1/2004 | 9,464.21 | 1 | 9,464.21 |
| West Suburban Bank-Office Building | 7/1/2004 | 6,179.88 | 1 | 6,179.88 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _MG International LLC_    CASE NO.: _04 B 24317_

FOR MONTH ENDING _6/29 - 7/31_, 20_04_

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $_____ |
| Add: sales on account | $_____ |
| Less: collections | $_____ |
| End of month balance | $_____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $_____ |
| Add: credit extended | $_____ |
| Less: payments of account | $_____ |
| End of month balance | $_____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MC INTERNATIONAL, LLC    CASE NO.: 04B 24317

FOR MONTH ENDING 6/29 - 7/31, 20 04

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Tax | Yes | No | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | NA |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

MG INTERNATIONAL, LLC                          04 B 24317

I, _____Steven Holowicki_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____[signature]_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:
Steven Holowicki,
Controller   MG International LLC

DATED: 8/13/04

OPERATING REPORT Page 8