## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Joint Case No. 04 B 23758 |
| | ) | |
| POLO BUILDERS, INC., *et al.*, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |
| | ) | |

## FINAL ORDER REGARDING SALE OF DES PLAINES PROPERTY

Upon consideration of the *Motion for Authority to Sell Real Property Free and Clear of Liens and Related Relief* (the "*Motion*") filed on or about July 2, 2004 by counsel to the above-captioned debtors, with respect to the real property located at 1640-1650 River Street, Des Plaines, Illinois (the "*Property*"); the Court having reviewed the Motion and having previously entered its *Sale Procedures Order for the Des Plaines Property Owned by M.G. International LLC* (the "*Sale Procedures Order*") on July 7, 2004; the Court having also entered its *Order Granting Motion of Chapter 7 Trustee for Entry of an Order: (a) Approving the Sale of Property Free and Clear of Liens, Claims, and Encumbrances; (b) Surcharging Collateral; (c) Approving Bid Procedures and Bidding Protections for Sale of Right to be Designated as Agent; (d) Shortening Notice; and (e) Granting Related Relief* (the "*Designation Rights Order*") on September 16, 2004; David R. Brown, the chapter 7 trustee appointed in these bankruptcy cases, having adopted the Motion (as modified by the Designation Rights Order); it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding notice of the Motion to be sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion and otherwise establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Procedures for the sale of the Property contained in the Sale Procedures Order shall

be superceded by the Designation Rights Order; *provided, however,* that nothing herein or in the

Designation Rights Order shall be deemed to affect paragraphs 5 and 6 of the Sale Procedures

Order, and such lien claims bar date provisions shall remain in full force and effect.


Dated: _____, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

NOV 2 3 2004

2