# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 04 B 23758 |
| POLO BUILDERS, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. A. Benjamin Goldgar |
| Debtors. | ) | Hearing Date:   August 15, 2012 |
| | ) | Hearing Time:   9:30 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **August 15, 2012 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable A. Benjamin Goldgar** in Courtroom 613 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present **Motion Of Shaw Gussis For An Extension Of Time To File Objections To Final Compensation Applications,** a copy of which is attached and herewith served upon you, and shall request for the entry of an order in conformity with that motion.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Steven B. Towbin (#2848546)
> Richard M. Fogel (#3127114)
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> (312) 541-0151  telephone
> (312) 980-3888  facsimile

## CERTIFICATE OF SERVICE

Steven B. Towbin certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means on August 10, 2012.

> /s/ Steven B. Towbin

# Mailing Information for Case 04-23758

**Electronic Mail Notice List** (Via ECF System)

- Jonathan E Aberman    jaberman@vedderprice.com, ecfdocket@vedderprice.com
- Jayal Amin    jamin@chawlagroup.com
- Nizam Arain    arain@lakeshorelawgroup.com
- Amy A Aronson    amyaronson@comcast.net, amyaronson@comcast.net
- William J. Barrett    william.barrett@bfkn.com
- Edric S Bautista    ebautista@sanchezdh.com
- Thomas P. Beyer    tbeyer@beyerlawoffice.com
- David R Brown    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
- David R Brown    dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
- David R Brown    drbrownmail@comcast.net, marigonzo@springerbrown.com;jill@springerbrown.com
- Sarah H Bryan    sarah.bryan@klgates.com
- Edmond M Burke    eburke@chuhak.com, tbarbeauld@chuhak.com
- Paul Caghan    caghan@ameritech.net
- Marc J. Chalfen    mchalfen@komdr.com
- Scott R Clar    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Timothy C. Culbertson    tcculb@yahoo.com, tcculb@gmail.com
- Lawrence J. Czepiel    ljcz@msn.com
- David R. Brown not individually but solely as chapter 7 trustee of Polo Builders, Inc.    , dbrown@ecf.epiqsystems.com;jill@springerbrown.com
- Michael J. Davis    mdavis@springerbrown.com, davislaw80@gmail.com
- Vipul A Desai    author@proofofpayments.com, davidmsiegel@hotmail.com;vdesai@davidmsiegel.com
- Joseph B DiRago    jdirago@lockelord.com
- Kenneth K Ditkowsky    kenditkowsky@yahoo.com
- Brian M. Dougherty    bmd@gsrnh.com, kam@gsrnh.com
- Robert M Dreger    RDreger@dregerlaw.com
- Patrick L. Edgerton    thor-own@elnet.com
- Devon J Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Cynthia G. Feeley    feeleypc@aol.com
- Daniel M. Feeney    dfeeney@millershakman.com, tlawhead@millershakman.com
- Eric P. Ferleger    eferleger@ferlegerlaw.com, cfernandez@ferlegerlaw.com
- Michael L Flynn    jenmesick@sbcglobal.net
- Richard M Fogel    rfogel@shawgussis.com
- Nicole Frankel    nfrankel@vedderprice.com, ecfdocket@vedderprice.com
- Richard C Friedman    rcfwilmette@gmail.com

{4702 MOT A0324833.DOC}

- Sheryl A Fyock sfyock@llflegal.com
- Douglas C. Giese dcg@h2law.com, dcgiese@hotmail.com
- Harley J. Goldstein harleyg@restructuringshop.com
- Joshua D Greene jgreene@springerbrown.com, sellis@springerbrown.com
- David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
- William S Hackney whackney@salawus.com, jadams@salawus.com
- Christopher J Hales chales@bbp-chicago.com
- Christopher J Hales chales@springerbrown.com
- Fred R Harbecke fredrharbecke@sbcglobal.net
- Steven M Hartmann shartmann@freebornpeters.com, bkdocketing@freebornpeters.com;awiley@freebornpeters.com
- David H Hixson dhixson@jenner.com, mmatlock@jenner.com
- David L Kane dkane@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Sonia Kinra skinra@skcounsel.com, ekraus@skcounsel.com
- Frank Kladis fkladis@rfd-law.com
- Eugene S. Kraus ekraus@skcounsel.com
- Ean L Kryska ekryska@salawus.com, jadams@salawus.com
- Kurt G Larsen kurt4law@yahoo.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Caren A Lederer calederer@golanchristie.com
- Mark E Leipold mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Neal H Levin nhlevin@freebornpeters.com, kpaige@freebornpeters.com,;bkdocketing@freebornpeters.com
- Julie M Levy jlevy@defrees.com
- Mitchell Lieberman mlieberman@noonanandlieberman.com, igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Matthew Luzadder mluzadder@kelleydrye.com, BankruptcyDepartment2@KelleyDrye.com;kkleist@kelleydrye.com
- David M Madden dmadden@momlaw.com
- Joseph L Matz jmatz@kr-law.com
- James M McArdle jmcardle@skcounsel.com
- Matthew E. McClintock mattm@restructuringshop.com, laurent@restructuringshop.com;amritk@restructuringshop.com;teresag@restructuringshop.com;harleyg@restructuringshop.com
- Michael D Messersmith mmessersmith@kayescholer.com, keanderson@kayescholer.com;jben@kayescholer.com
- James E. Morgan jmorgan@enterpriselg.com, somh777@yahoo.com
- Jay S. Nelson jaysconel@earthlink.net
- Lauren Newman lnewman@thompsoncoburn.com, lnewman@thompsoncoburn.com;dmannella@thompsonccoburn.com
- Sven T Nylen sven.nylen@klgates.com, teresa.gomez@klgates.com

- Andre Ordeanu andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Lester A Ottenheimer, III lottenheimer@otrlaw.com, nfishkin@otrlaw.com
- Mark Page mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
- Kavita M Patel kpatel@schiffhardin.com
- Roger J. Perlstadt rperlstadt@millershakman.com, tlawhead@millershakman.com
- J. Matthew Pfeiffer mpfeiffer@frltd.com
- Ann E Pille ann.pille@dlapiper.com, apille@reedsmith.com
- John M. Riccione jriccione@agdglaw.com
- Edward C. Richard erichard@manetti-griffith.com
- Gerard D. Ring gring@burkelaw.com
- Mark J Rose mjroseesq@aol.com
- Harold Rosen hrosen@wolinlaw.com, lmategrano@wolinlaw.com
- Brian J Russell BrianR@daileylawyers.com
- Scott N. Schreiber sschreiber@stahlcowen.com
- Julian Solotorovsky jsolotorovsky@kelleydrye.com
- Mark A Stang mstang@chuhak.com
- Catherine L Steege csteege@jenner.com, docketing@jenner.com;mmatlock@jenner.com
- Roberto T. Tirona bob@tironalaw.com
- L. Judson Todhunter JTodhunter@howardandhoward.com
- Steven B Towbin stowbin@shawgussis.com
- Matthew C Wasserman mwasserman@defrees.com
- Ariel Weissberg ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
- Daniel A Zazove docketchi@perkinscoie.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 04 B 23758 |
| POLO BUILDERS, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. A. Benjamin Goldgar |
| Debtors. | ) | Hearing Date:    August 15, 2012 |
| | ) | Hearing Time:    9:30 a.m. |

## MOTION OF SHAW GUSSIS FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINAL COMPENSATION APPLICATIONS

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") moves this Court for the entry of an order extending its time to object to final compensation applications filed by the attorneys for the former trustee, through and including October 16, 2012, the same extension that the successor trustee has requested. In support of this motion, Shaw Gussis states as follows:

1. Now that an independent trustee has been appointed to, among other things, review the pending final compensation applications, it is highly likely that it will be unnecessary for Shaw Gussis to file separate objections. Instead, Shaw Gussis intends to assist and support the successor trustee in his review of the applications.

2. Moreover, it has been suggested that there be meetings with the successor trustee and the parties in interest to exchange additional information concerning the compensation applications and that the parties have an opportunity to resolve any disputes they may have after such additional information is provided.

3. Shaw Gussis desires to avoid any additional expenditure of time to prepare objections to the pending final compensation applications that may be unnecessary or duplicative of the successor trustee's objections.

{4702 MOT A0324833.DOC}

4.     The successor trustee's proposed extension of time, through October 16, 2012, does not appear to be limited to the successor trustee, but by this motion, Shaw Gussis desires to make certain that its time to act is also extended.

5.     The successor trustee supports this motion.

WHEREFORE, Shaw Gussis requests that the Court extend the time to file any objections it may have to the pending final compensation applications through and including October 16, 2012 and for such other and further relief as may be appropriate.

                                                  Respectfully submitted,

                                                  Shaw Gussis Fishman Glantz
                                                     Wolfson & Towbin LLC

Dated: August 10, 2012                            By:   /s/ Steven B. Towbin
                                                                     A member

Steven B. Towbin (#2848546)
Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{4702 MOT A0324833.DOC}                          2