# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Polo Builders, Inc., *et al.*, | ) | Joint Case No. 04 B 23758 |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

## AMENDMENT TO FINAL FEE APPLICATIONS OF
## FREEBORN & PETERS AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

Freeborn & Peters LLP ("*F&P*"), former special counsel to David R. Brown, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned, jointly-administered bankruptcy cases, hereby amends the *Final Fee Application and Request to Limit Notice of Freeborn & Peters LLP as Special Counsel to the Chapter 7 Trustee* [Docket no. 1030] and the *Final Fee Application and Request to Limit Notice of Freeborn & Peters LLP as Special Counsel to the Chapter 7 Trustee; and Request to Have Application Deemed Timely Filed* [Docket No. 1289] (collectively, the "*Final Fee Applications*"), by deleting paragraph 76 of the Applications in their entirety and replacing them with the following:

"76.    F&P recognizes that while it is expected that substantial sums may be brought into the Debtors' estates in the future, both as a result of the Merchant Settlement and recoveries on the Ponzi Scheme avoidance actions brought by the Trustee, the administrative claims sought by the Trustee and his professionals are substantial, and run the risk of fully subsuming available estate resources."

2

Dated: October 2, 2012                    **FREEBORN & PETERS LLP**

                                                  By:      /s/  Neal H. Levin

                                          Neal H. Levin (No. 6203156)
                                          FREEBORN & PETERS LLP
                                          311 South Wacker Drive, Suite 3000
                                          Chicago, Ilinois 60606
                                          Telephone: 312.360.6000
                                          Facsimile: 312.360.6520