UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  04-23758 |
| In re: | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| POLO BUILDERS, INC., et al., | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER GRANTING FINAL TRUSTEE COMPENSATION TO FORMER TRUSTEE DAVID R. BROWN

THIS MATTER COMES BEFORE THE COURT upon consideration of the Final Fee Applications of Springer, Brown, Covey, Gaertner & Davis, LLC ("Springer Brown") as Counsel to the Chapter 7 Trustee, K&L Gates, as Special Counsel to the Trustee, and Freeborn & Peters, as Special Counsel to the Trustee, and the Objections thereto filed by Philip V. Martino, Successor Trustee (the "Objections"); issues having been raised in the context of the various fee applications as to the amount of compensation due David R. Brown, former trustee; and the Court having reviewed and accepted the Recommendation of Philip V. Martino, Trustee, with Respect to Pending Professional Fee Applications (Docket No. 1397) (the "Recommendation"), including those recommendations as to final compensation to David R. Brown, former trustee;

NOW, THEREFORE:

1. The Court hereby approves as full and final compensation the interim trustee compensation previously paid to David R. Brown, former trustee, in the amount of $121,084.00;

2. The Court hereby denies any further trustee compensation to David R. Brown.

Enter:

Dated: 23 MAY 2013

United States Bankruptcy Judge

**Prepared by:**
David R. Brown
ARDC # 3122323
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000

Rev: 20120501_bko