UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  04-23758 |
| | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| POLO BUILDERS, INC., et al., | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER GRANTING FINAL FEE APPLICATION OF K&L GATES LLP

Upon consideration of the Final Fee Application of K&L Gates LLP as Special Counsel to the Chapter 7 Trustee (Docket No. 1286) (the "Application"), the Objection thereto filed by Philip V. Martino, Trustee (Docket No. 1332) (the "Objection"), and K&L Gates' Response to the Objection (Docket No. 1339); and the Court being fully advised in the premises and having reviewed the Recommendation of Philip V. Martino, Trustee, with Respect to Pending Professional Fee Applications (Docket No. 1397) (the "Recommendation");

NOW, THEREFORE:

1. The Court hereby ~~approves~~ *grants* the Application in the amount of the prior payment of $182,330.87 received by K&L Gates. K&L Gates' receipt of the prior payment fully satisfies any administrative expense claim on account of the Application.

Enter:

Dated: **28 MAY 2013**

United States Bankruptcy Judge

**Prepared by:**
John S. Delnero (No. 6195914)
Sven T. Nylen (No. 6278148)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121
Facsimile: 312.827.8000

Rev: 20120501_bko