UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 04-23758 |
| | ) | (Jointly Administered) |
| POLO BUILDERS, INC., et al., | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER GRANTING FINAL FEE APPLICATION OF SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC

Upon consideration of the Final Fee Application (the "Application") of Springer, Brown, Covey, Gaertner & Davis, LLC ("Springer Brown") as Counsel to the Chapter 7 Trustee, the Objections thereto filed by Philip V. Martino, Trustee (the "Objections"), and Springer Brown's Response to the Objections; and the Court, having reviewed and accepted the Recommendation of Philip V. Martino, Trustee, with Respect to Pending Professional Fee Applications (Docket No. 1397) (the "Recommendation");

NOW, THEREFORE:

1. The Court hereby approves the Application of Springer Brown for final compensation to the extent of the aggregate prior payments of interim compensation ($181,759.30) received by Springer Brown;

2. The Court hereby denies any further compensation to Springer Brown.

Enter:

**3 1 MAY 2013**

United States Bankruptcy Judge

Dated:

**Prepared by:**
David R. Brown
ARDC # 3122323
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000

Rev: 20120501_bko