A. BENJAMIN GOLDGAR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| POLO BUILDERS, INC. | § | Case No. 04-23758 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/12/2014 in Courtroom 642,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2014        By: Clerk of the Bankruptcy Court
                                    Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

In re: §
§
POLO BUILDERS, INC. §          Case No. 04-23758
§
_____Debtor(s) §_____

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                                        $

and approved disbursements of                                             $

leaving a balance on hand of[1]                                           $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| A34 | STANDARD ELEVATOR CO. | $ | $ | $ | $ |
| B9 | CENTRAL BUILDING & PRESERVATION | $ | $ | $ | $ |
| B28A | Group Arcreo Inc an Illinois Corp. | $ | $ | $ | $ |

Total to be paid to secured creditors            $_____

Remaining Balance                                 $_____

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Trustee Expenses: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Accountant for Trustee Fees: Lasko | $ | $ | $ |
| Fees: UNITED STATES TRUSTEE | $ | $ | $ |
| Other: Springer Brown | $ | $ | $ |
| Other: Springer Brown | $ | $ | $ |
| Other: Freeborn Peters | $ | $ | $ |
| Other: Freeborn Peters | $ | $ | $ |
| Other: Bell Boyd | $ | $ | $ |
| Other: Bell Boyd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Shaw Gussis Fishman et al. | $ | $ | $ |

Total to be paid for prior chapter administrative expenses        $_____

Remaining Balance        $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12A | COLELLO, MARIANNE | $ | $ | $ |
| 30B | DEPARTMENT OF THE TREASURY-INTERNAL | $ | $ | $ |
| 56A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | $ | $ | $ |
| 69A | MERCHANT, KHUZEMA | $ | $ | $ |
| 74 | Faiz Ali | $ | $ | $ |
| 143 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | $ | $ | $ |
| 161A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 162A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 191A | WEINBERG, ROBERT B. | $ | $ | $ |
| 216 | Shahab Khan | $ | $ | $ |
| 19A | DEPARTMENT OF THE TREASURY-INTERNAL | $ | $ | $ |
| 98 | Vinod Malhotra | $ | $ | $ |
| 111 | Illinois Department of Revenue | $ | $ | $ |
| B18 | Faiz Ali | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HACU | $ | $ | $ |
| 2 | CONSTRUCTION, RYCO | $ | $ | $ |
| 3 | Inger Freund | $ | $ | $ |
| 4 | CHICAGO TRIBUNE CO. | $ | $ | $ |
| 5 | Kempster Keller & Lenz Calvo | $ | $ | $ |
| 6 | Virginia Surety Company Inc &n | $ | $ | $ |
| 7 | Julie Harness | $ | $ | $ |
| 8 | Mitch"s Greenthumb Landscaping | $ | $ | $ |
| 9 | BLASEN GARAGE DOOR CO., INC. | $ | $ | $ |
| 10 | KATTEN MUCHIN & ZAVIS | $ | $ | $ |
| 12 | COLELLO, MARIANNE | $ | $ | $ |
| 13 | Alexander Lumber Co. | $ | $ | $ |
| 14 | PORECLAIN, LIKNU | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Amrit Patel | $ | $ | $ |
| 16 | SECHIN, WILLIAM | $ | $ | $ |
| 17 | Quill | $ | $ | $ |
| 18 | WILLFORD, DEBORAH TYLER | $ | $ | $ |
| 19 | RAVINDRA & NIRMALA KUMAR | $ | $ | $ |
| 20 | A and C Snelton | $ | $ | $ |
| 21 | GERALD HEINZ & ASSOCIATES | $ | $ | $ |
| 24 | Uttan Andrew | $ | $ | $ |
| 25 | Pinta"s Cultured Marble | $ | $ | $ |
| 27 | Nuper Sound | $ | $ | $ |
| 28 | DHANDA, ANAND | $ | $ | $ |
| 29 | HENRY BOYSEN CO. INC. | $ | $ | $ |
| 30 | DEPARTMENT OF THE TREASURY-INTERNAL | $ | $ | $ |
| 31 | WATTER), RICHARD SHARIFF (SOAD | $ | $ | $ |
| 32 | Wu David | $ | $ | $ |
| 34 | GENERAL MOTORS ACCEPTANCE CORP | $ | $ | $ |
| 35 | Pella Windows & Doors Inc | $ | $ | $ |
| 36 | Amerisource Publications | $ | $ | $ |
| 37 | NuMill Inc. | $ | $ | $ |
| 38 | Jamali Kopy Kat | $ | $ | $ |
| 39 | American Chartered Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 41 | Schain, Burney, Ross & Citron | $ | $ | $ |
| 42 | Albrecht Enterprises Inc. | $ | $ | $ |
| 43 | MAGAZINE, BIBI | $ | $ | $ |
| 44 | Amarit and Kulwinder Sandhu | $ | $ | $ |
| 45 | Sylvia Lam | $ | $ | $ |
| 46 | MOHAN & JAYSHREE DURVE | $ | $ | $ |
| 47 | CDW Computer Centers Inc | $ | $ | $ |
| 48 | HOLOWICKI, STEVEN | $ | $ | $ |
| 49 | National B"ness Info Exchange | $ | $ | $ |
| 50 | Essex Insurance Co | $ | $ | $ |
| 51 | Patrick Landscaping | $ | $ | $ |
| 52 | JENSEN & JENSEN ARCHITECTS & ENGINE | $ | $ | $ |
| 54 | Monster.Com | $ | $ | $ |
| 55 | Polar Heating & Cooling Inc. | $ | $ | $ |
| 57 | Ameri Temp Limited | $ | $ | $ |
| 58 | BUONAURO, SAM | $ | $ | $ |
| 59 | Pitney Bowes Credit Corp | $ | $ | $ |
| 60 | D&B Advertising | $ | $ | $ |
| 61 | Ajax Waste Services | $ | $ | $ |
| 63 | TEMPO COMPONENTS, INC. | $ | $ | $ |
| 65 | Regen Capital 1 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 66 | Amron Stair Works | $ | $ | $ |
| 67 | Hatim Hamiduddin | $ | $ | $ |
| 68 | Ross & Hardies n/k/a McGuire Woods | $ | $ | $ |
| 69 | MERCHANT, KHUZEMA | $ | $ | $ |
| 70 | MERCHANT, YASMIN | $ | $ | $ |
| 72 | Apartment People | $ | $ | $ |
| 73 | POLI CONTRACTING INC | $ | $ | $ |
| 76 | NICOR | $ | $ | $ |
| 77 | Suburban Chicago Newspaper | $ | $ | $ |
| 78 | Bornquist Inc. | $ | $ | $ |
| 79 | Duane Morris LLP | $ | $ | $ |
| 80 | United Parcel Svcs | $ | $ | $ |
| 81 | K Hoving Recycling & Disposal | $ | $ | $ |
| 83 | Springfield Electric Inc | $ | $ | $ |
| 84 | RAJASEKHARA, SHIVA KUMAR | $ | $ | $ |
| 85 | Jon Woodring | $ | $ | $ |
| 86 | GEETA GUPTA AND NARENDA GUPTA | $ | $ | $ |
| 87 | GEETA GUPTA AND NARENDA GUPTA | $ | $ | $ |
| 88 | Batavia Can Company | $ | $ | $ |
| 89 | Service Sanitation | $ | $ | $ |
| 90 | Comed | $ | $ | $ |
| 93 | Cable Plus Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 95 | City of Aurora | $ | $ | $ |
| 96 | SUNSET OFFICE SUPPLY CO./US MARKETI | $ | $ | $ |
| 97 | Apollo Protable Toilets | $ | $ | $ |
| 98 | SUNSET OFFICE SUPPLY CO./US MARKETI | $ | $ | $ |
| 99 | Mahendra B Patel | $ | $ | $ |
| 100 | CHICAGO TRIBUNE CO. | $ | $ | $ |
| 101 | FRANKS, JACK D. | $ | $ | $ |
| 102 | MERK CAPITAL CORP | $ | $ | $ |
| 103 | Ibarras Concrete | $ | $ | $ |
| 104 | CITY OF DARIEN | $ | $ | $ |
| 105 | MK Zafar CPA | $ | $ | $ |
| 106 | Ayesha Zaheer | $ | $ | $ |
| 107 | Elite Excavating | $ | $ | $ |
| 108 | MOHAN & JAYSHREE DURVE | $ | $ | $ |
| 110 | H H Holmes Testing Labtoratories In | $ | $ | $ |
| 113 | Group Arcreo Inc | $ | $ | $ |
| 114 | LANGRAPHS, LTD. | $ | $ | $ |
| 115 | PORECLAIN, LIKNU | $ | $ | $ |
| 116 | RAVINDRA & NIRMALA KUMAR | $ | $ | $ |
| 117 | HENRY BOYSEN CO. INC. | $ | $ | $ |
| 118 | MB Cultured Marble | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 119 | Weatherall Exteriors Inc.. | $ | $ | $ |
| 120 | James W Kaiser | $ | $ | $ |
| 121 | CONSTRUCTION, RYCO | $ | $ | $ |
| 122 | AMERIGLASS & MIRROR | $ | $ | $ |
| 123 | LAND TECHNOLOGY INC | $ | $ | $ |
| 124 | BUONAURO, SAM | $ | $ | $ |
| 127 | Windy City Insulation | $ | $ | $ |
| 128 | Jagdish & Padma Mundhra | $ | $ | $ |
| 129 | First Midwest Bank | $ | $ | $ |
| 130 | Thorne Electric | $ | $ | $ |
| 131 | Nova Consulting Group | $ | $ | $ |
| 132 | Environmental Consulting Group | $ | $ | $ |
| 133 | India Post | $ | $ | $ |
| 134 | Shane Office Supply | $ | $ | $ |
| 135 | JULURI, MANJULA | $ | $ | $ |
| 137 | David Stieper | $ | $ | $ |
| 138 | DIPANKAR MUKHOPADHYAY TRUST | $ | $ | $ |
| 139 | Prakash D and Nina P Jotwani | $ | $ | $ |
| 140 | Roger "s Flooring | $ | $ | $ |
| 141 | GAUTAM, PATEL | $ | $ | $ |
| 142 | Chitarhar Broadcasting | $ | $ | $ |
| 144. | Virginia Surety | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 145 | Antonio Fontela | $ | $ | $ |
| 146 | IREX Professional | $ | $ | $ |
| 147 | J.M.B Electric Co., Inc | $ | $ | $ |
| 148 | Behlul Zakiuddin | $ | $ | $ |
| 179 | Rohit Maniar | $ | $ | $ |
| 150 | ALPANA MUKHOPADHYAY TRUST | $ | $ | $ |
| 151 | LAKEWOOD COUNTERTIP & KITCHEN DISTR | $ | $ | $ |
| 152 | ABBAS & METTRMNNISA ZARIF | $ | $ | $ |
| 153 | Surface Solutions, Inc. | $ | $ | $ |
| 154 | A & M Medical Service Money Purchas | $ | $ | $ |
| 155 | HOLOWICKI, STEVEN | $ | $ | $ |
| 156 | ABBAS & METTRMNNISA ZARIF | $ | $ | $ |
| 157 | DELL FINANCIAL SVC. | $ | $ | $ |
| 158 | Shah Engineering Inc | $ | $ | $ |
| 459 | SBC Corporation Midwest | $ | $ | $ |
| 160 | Kathleen Judy | $ | $ | $ |
| 161 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 162 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 164 | Tamirisa Kris c/o Vincent Cannon | $ | $ | $ |
| 165 | SK HEATING & COOLING | $ | $ | $ |
| 166 | ELECTRIC, SEC | $ | $ | $ |
| 167 | Tsarpalas Enterprises | $ | $ | $ |
| 168 | EXTREME SNOW & ICE CONTROL | $ | $ | $ |
| 169 | MERCHANT, KHUZEMA | $ | $ | $ |
| 170 | MERCHANT, YASMIN | $ | $ | $ |
| 171 | KAPUR, GORDI | $ | $ | $ |
| 172 | Quality Blueprint Inc. | $ | $ | $ |
| 173 | CONSTRUCTION, HERZ | $ | $ | $ |
| 174 | CHANDRA, VANDNA | $ | $ | $ |
| 175 | Crown Construction Inc and Janusz K | $ | $ | $ |
| 176 | SOLOMON & LEADLEY | $ | $ | $ |
| 177 | Cory & Associates Inc | $ | $ | $ |
| 178 | Belinda Cisneros | $ | $ | $ |
| 179 | Hayes Mechanical Inc. | $ | $ | $ |
| 180 | POWERS ENTERPRISES INC. | $ | $ | $ |
| 182 | Simplex Grinnell LP | $ | $ | $ |
| 183 | Marita Land,  Estate of | $ | $ | $ |
| 186 | Infinity Holdings Corp of Orlando | $ | $ | $ |
| 187 | Midwest Bank & Trust Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 190 | UD INC | $ | $ | $ |
| 191 | WEINBERG, ROBERT B. | $ | $ | $ |
| 192 | PARKWAY BANK & TRUST CO. | $ | $ | $ |
| 193 | UD INC | $ | $ | $ |
| 194 | James and Daryl Miller | $ | $ | $ |
| 195 | RMB Ventures II | $ | $ | $ |
| 196 | 22ND CENTURY PARTNERS LTD | $ | $ | $ |
| 197 | ALRIGHT CONCRETE COMPANY | $ | $ | $ |
| 198 | Luis Rodriguez | $ | $ | $ |
| 199 | KAPUR, NIMI | $ | $ | $ |
| 200 | Alan Horticultural | $ | $ | $ |
| 201 | DARSH T & USHA WASAN | $ | $ | $ |
| 202 | GDK Glass & Mirror | $ | $ | $ |
| 203 | Dr Anicia Villafria | $ | $ | $ |
| 204 | SHAH, BIREN | $ | $ | $ |
| 205 | SHAH, BIREN | $ | $ | $ |
| 206 | Patel Natvarlal | $ | $ | $ |
| 207 | Thakor J Patel | $ | $ | $ |
| 208 | Rama N Patel | $ | $ | $ |
| 209 | Jignesh Patel Agrani Inc | $ | $ | $ |
| 210 | Bharat Patel | $ | $ | $ |
| 211 | Village of Lincolnwood | $ | $ | $ |
| 212 | KORDICK, DAN | $ | $ | $ |
| 213 | GARG, DR. RAM | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 214 | Anrub, One | $ | $ | $ |
| 215 | KRATOCHVIL, KARI | $ | $ | $ |
| 217 | West Suburban Bank | $ | $ | $ |
| 218 | Waste Management | $ | $ | $ |
| 219 | PLANNED PLUMBING INC | $ | $ | $ |
| 64A | Catherine LaSpina | $ | $ | $ |
| 74A | Faiz Ali | $ | $ | $ |
| 33A | Liberty Development Company | $ | $ | $ |
| 34 | STANDARD ELEVATOR CO. | $ | $ | $ |
| A2 | BLASEN GARAGE DOOR CO., INC. | $ | $ | $ |
| A3 | PATEL, AMRIT | $ | $ | $ |
| A5 | Alexander Lumber Company | $ | $ | $ |
| A6 | Engineering Power Solutions | $ | $ | $ |
| A7 | WILLFORD, DEBORAH TYLER | $ | $ | $ |
| A8 | RAVINDRA & NIRMALA KUMAR | $ | $ | $ |
| A10 | SUNIL & MEERA LINGAYAT | $ | $ | $ |
| A13 | Soad Wattar | $ | $ | $ |
| A14 | MAGAZINE, BIBI | $ | $ | $ |
| A15 | Astoria Federal Savings | $ | $ | $ |
| A16 | MBNA AMERICA BANK NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| A17 | JENSEN & JENSEN ARCHITECTS & ENGINE | $ | $ | $ |
| A18 | Patrick Landscaping | $ | $ | $ |
| A19 | DEPARTMENT OF THE TREASURY-INTERNAL | $ | $ | $ |
| A20 | WANG, PING | $ | $ | $ |
| A25 | Mahendra B Patel | $ | $ | $ |
| A26 | WANG, PING | $ | $ | $ |
| A27 | First Midwest Bank | $ | $ | $ |
| A28 | Philip Ching Biu Yu and Polly Wan L | $ | $ | $ |
| A30 | GAUTAM, PATEL | $ | $ | $ |
| A31 | Videsh Sharad Patel | $ | $ | $ |
| A32 | Khalil Barbari | $ | $ | $ |
| A33 | Diamonte Lazak | $ | $ | $ |
| A35 | ZAHID & NOUREEN CHOHAN | $ | $ | $ |
| A36 | Farida Darigar | $ | $ | $ |
| A37 | RAVINDRA & NIRMALA KUMAR | $ | $ | $ |
| A38 | Illinois Pump Inc. | $ | $ | $ |
| A39 | Antonio Fontela | $ | $ | $ |
| A40 | Air Tours | $ | $ | $ |
| A44 | Behlul Zakiuddin | $ | $ | $ |
| A45 | ABBAS AND MEHRUNNISA A ZARIF | $ | $ | $ |
| A46 | A&M Medical Service Money Purchase | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| A47 | HOLOWICKI, STEVEN | $ | $ | $ |
| A48 | ABBAS AND MEHRUNNISA A ZARIF | $ | $ | $ |
| A51 | Schoengart Associates | $ | $ | $ |
| A52 | CANNON, TAMIRISA KRIS C/O VINCENT | $ | $ | $ |
| A53 | SK Heating & Cooling Corp | $ | $ | $ |
| A54 | ELECTRIC, SEC | $ | $ | $ |
| A55 | Tsarpalas Enterprises | $ | $ | $ |
| A56 | EXTREME SNOW & ICE CONTROL | $ | $ | $ |
| A57 | DELL FINANCIAL SVC. | $ | $ | $ |
| A59 | Solomon & Leadley - attys for Whirl | $ | $ | $ |
| A60 | MERK CAPITAL CORP | $ | $ | $ |
| A61 | Geeta Gupta and Narendra Gupta | $ | $ | $ |
| A62 | KATTEN MUCHIN & ZAVIS | $ | $ | $ |
| A63 | West Suburban Bank | $ | $ | $ |
| A64 | CONSTRUCTION, HERZ | $ | $ | $ |
| A66 | Cory Andrew | $ | $ | $ |
| A67 | Midwest Bank & Trust Company | $ | $ | $ |
| A68 | UD INC | $ | $ | $ |
| A70 | PARKWAY BANK & TRUST CO. | $ | $ | $ |
| A72 | Nayeem Shariff | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| A73 | DARSH T & USHA WASAN | $ | $ | $ |
| A74 | Edward Feuling | $ | $ | $ |
| A76 | SBC Midwest | $ | $ | $ |
| A77 | Phils Construction | $ | $ | $ |
| A78 | Ayesha Zaheer | $ | $ | $ |
| A79 | WANG, PING | $ | $ | $ |
| A80 | SHAH, BIREN | $ | $ | $ |
| A81 | SHAH, BIREN | $ | $ | $ |
| A82 | Lind Waldock | $ | $ | $ |
| A83 | REFCO LLC | $ | $ | $ |
| A84 | Guy Sheldon | $ | $ | $ |
| A85 | Judith Cantrell | $ | $ | $ |
| A86 | Village of Lincolnwood | $ | $ | $ |
| A87 | Bharat Patel | $ | $ | $ |
| A88 | Thakor J Patel | $ | $ | $ |
| A89 | Patel Natvarlal | $ | $ | $ |
| A90 | Jignesh Patel (Agrani Inc ) | $ | $ | $ |
| A91 | Rama  N Patel | $ | $ | $ |
| A92 | GARG, DR. RAM | $ | $ | $ |
| A93 | Gordie Kapur | $ | $ | $ |
| A94 | Infinity Holdings Corp of Orlando | $ | $ | $ |
| A97 | Arusha & Danial M. Noorani | $ | $ | $ |
| A99 | Hitendra Desai | $ | $ | $ |
| A100 | Dr. Mohammad Arain | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| A101 | KORDICK, DAN | $ | $ | $ |
| A105 | Prakash D Jotwani & Nina P Jotwani | $ | $ | $ |
| A106 | Dr. Ahkter | $ | $ | $ |
| A107 | Bharat Patel (Eros Software) | $ | $ | $ |
| A109 | F& H d/b/a US Marketing | $ | $ | $ |
| A42A | Illinois Department of Revenue | $ | $ | $ |
| A98A | Vinod Malhotra | $ | $ | $ |
| B1 | BLASEN GARAGE DOOR CO., INC. | $ | $ | $ |
| B3 | PATEL, AMRIT | $ | $ | $ |
| B6 | RAVINDRA & NIRMALA KUMAR | $ | $ | $ |
| B8 | SUNIL & MEERA LINGAYAT | $ | $ | $ |
| B10 | DHANDA, ANAND | $ | $ | $ |
| B11 | DHRUVKUMAR & KSHAMA PATEL | $ | $ | $ |
| B12 | WATTER), RICHARD SHARIFF (SOAD | $ | $ | $ |
| B13 | Nu-Mill Inc | $ | $ | $ |
| B14 | MAGAZINE, BIBI | $ | $ | $ |
| B15 | AMERIGLASS & MIRROR | $ | $ | $ |
| B16 | JENSEN & JENSEN ARCHITECTS & ENGINE | $ | $ | $ |
| B17 | United States Trustee | $ | $ | $ |
| B22 | MERK CAPITAL CORP | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| B23 | FRANKS, JACK D. | $ | $ | $ |
| B24 | CITY OF DARIEN | $ | $ | $ |
| B25 | ZAHID & NOUREEN CHOHAN | $ | $ | $ |
| B26 | LANGRAPHS, LTD. | $ | $ | $ |
| B27 | Mohan & Jayshree Durve | $ | $ | $ |
| B28 | Group Arcreo Inc an Illinois Corp | $ | $ | $ |
| B31 | Vans Iron Works Inc. | $ | $ | $ |
| B32 | Prof. Bala Chandran | $ | $ | $ |
| B33 | First Midwest Bank | $ | $ | $ |
| B34 | ALPANA MUKHOPADHYAY TRUST | $ | $ | $ |
| B35 | MARK & CYNTHIA SMITH | $ | $ | $ |
| B36 | GAUTAM, PATEL | $ | $ | $ |
| B37 | Terrance Frediani | $ | $ | $ |
| B39 | DIPANKAR MUKHOPADHYAY TRUST | $ | $ | $ |
| B40 | HOLOWICKI, STEVEN | $ | $ | $ |
| B41 | De Lange Landen Financial Services | $ | $ | $ |
| B42 | CANNON, TAMIRISA KRIS C/O VINCENT | $ | $ | $ |
| B43 | Tsarpalas Enterprises, Inc. | $ | $ | $ |
| B44 | EXTREME SNOW & ICE CONTROL | $ | $ | $ |
| B45 | ELECTRIC, SEC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| B46 | SK HEATING & COOLING | $ | $ | $ |
| B47 | KAPUR, GORDI | $ | $ | $ |
| B49 | West Suburban Bank | $ | $ | $ |
| B50 | SOLOMON & LEADLEY | $ | $ | $ |
| B51 | Herz Construction | $ | $ | $ |
| B54 | DHRUVKUMAR & KSHAMA PATEL | $ | $ | $ |
| B56 | Prakash (Paul) D Jotwani | $ | $ | $ |
| B57 | Infinity Holdings Cor of Orlando | $ | $ | $ |
| B58 | UNITED PARCEL SERVICE | $ | $ | $ |
| B59 | UNITED PARCEL SERVICE | $ | $ | $ |
| B60 | Village of Lincolnwood | $ | $ | $ |
| B61 | GARG, DR. RAM | $ | $ | $ |
| B62 | KORDICK, DAN | $ | $ | $ |
| B63 | SOCIETY, PAKISTAN PHYSICIANS | $ | $ | $ |
| B64 | SOCIETY, PAKISTAN PHYSICIANS | $ | $ | $ |
| B18A | Faiz Ali | $ | $ | $ |
| 75 | Poli Contracting Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                                            Trustee


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.