UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   04-23758 |
| Polo Builders, Inc. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO WITHDRAW UNCLAIMED FUNDS

     IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $4,411.29 to Rajapuram Ravindra & Nirmala Kumar, claimant, c/o Dilks & Knopik, LLC, in the above captioned case. Payment shall be made 50% to Rajapuram Ravindra and 50% to Nirmala Kumar.

    Claimant's last four digits of Social Security number or EIN #: 9797 and 3377
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to:
Rajapuram Ravindra & Nirmala Kumar, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:  *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  March 04, 2015

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600