# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

POLO BUILDERS, INC.,

Bankruptcy Case No. 04-23758

Debtor

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 41,531.60 to WEST SUBURBAN BANK claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN 1667 .

_____
Bruce W. Black
United States Bankruptcy Judge

Dated: 4/15/15

Payment to be mailed to:

MARK F. KALINA, ESQ.
GUERARD KALINA & BUTKUS
310 S. COUNTY FARM ROAD, SUITE H
WHEATON IL 60187

Rev. 09-13-12lh