UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Polo Builders, | ) | Case No. 04 B 23758 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Document #1521)** previously filed on February 16, 2016 is withdrawn.   It is withdrawn because the document was filed on the wrong case in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

## CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on February 16, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on February 16, 2016.

/s/Patrick S. Layng

## **SERVICE LIST**

Philip V. Martino
philipmartino@quarles.com

Steven Towbin
stowbin@shawfishman.com

**Registrants Served Through the Court's Electronic Notice for** ndil@geracilaw.com

**Parties Served via First Class Mail:**

Polo Builders
725 North Addison
Villa Park, IL   60181